IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McNEIL NUTRITIONALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-69 (GMS) |
| ) | |
| THE SUGAR ASSOCIATION, THE ) | |
| AMALGAMATED SUGAR COMPANY, ) | |
| AMERICAN CRYSTAL SUGAR COMPANY, ) | |
| AMERICAN SUGAR CANE LEAGUE, ) | |
| AMERICAN SUGAR REFINING, INC., ) | |
| ATLANTIC SUGAR ASSOCIATION, ) | |
| HAWAIIAN SUGAR & TRANSPORTATION ) | |
| COOPERATIVE, IMPERIAL SUGAR ) | |
| COMPANY, MICHIGAN SUGAR COMPANY, ) | |
| MINN-DAK FARMERS COOPERATIVE, ) | |
| OKEELANTA CORPORATION, OSCEOLA ) | |
| FARMS COMPANY, RIO GRANDE VALLEY ) | |
| SUGAR GROWERS, INC., SOUTHERN ) | |
| MINNESOTA BEET SUGAR COOPERATIVE, ) | |
| SUGAR CANE GROWERS COOPERATIVE OF ) | |
| FLORIDA, UNITED STATES SUGAR ) | |
| CORPORATION, WESTERN SUGAR ) | |
| COOPERATIVE, WYOMING SUGAR LLC, ) | |
| AMERICAN SUGARBEET GROWERS ) | |
| ASSOCIATION, and QORVIS ) | |
| COMMUNICATIONS, LLC, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants that the time within which Defendants must answer or otherwise move with respect to Plaintiff's Complaint is extended to and including March 25, 2005.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Steven J. Balick | By: /s/ Richard L. Horwitz |
| Steven J. Balick (No. 2114) | Richard L. Horwitz (No. 2246) |
| John G. Day (No. 2403) | Sarah E. DiLuzio (No. 4085) |
| 222 Delaware Avenue | Hercules Plaza – Sixth Floor |
| 17th floor | 1313 North Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 654-1888 | Telephone: (302) 984-6000 |
| Facsimile: (302) 654-2067 | Facsimile: (302) 658-1192 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: March 3, 2005

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

672393/28920