Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

McNEIL NUTRITIONALS, LLC,    )
    v.    )    Civil Action No. C.A. No. 05-69 (GMS)
THE SUGAR ASSOCIATION, ET AL.    )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of ADAM R. FOX to represent all defendants in this matter.

Signed: _[signature]_ (4085) for

(Movant's Name and Delaware State Bar Identification Number) RICHARD L. HORWITZ (NO. 2246)
(Movant's Address) 1313 North Market Street, Hercules Plaza - Sixth Floor, Wilmington, DE 19899-0951
(Movant's Telephone Number) (302) 984-6000

Attorney for: Defendants

Date: 3/21/05

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of CALIFORNIA and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _[signature]_

Date: 3/9/5

(Applicant's Address)

Adam R. Fox
Squire, Sanders & Dempsey, LLP
801 So. Figueroa Street, Suite 1400
Los Angeles, CA 90017