IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McNEIL NUTRITIONALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE SUGAR ASSOCIATION, THE AMALGAMATED SUGAR COMPANY, AMERICAN CRYSTAL SUGAR COMPANY, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGAR REFINING, INC., ATLANTIC SUGAR ASSOCIATION, HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE, IMPERIAL SUGAR COMPANY, MICHIGAN SUGAR COMPANY, MINN-DAK FARMERS COOPERATIVE, OKEELANTA CORPORATION, OSCEOLA FARMS COMPANY, RIO GRANDE VALLEY SUGAR GROWERS, INC., SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES SUGAR CORPORATION, WESTERN SUGAR COOPERATIVE, WYOMING SUGAR LLC, AMERICAN SUGARBEET GROWERS ASSOCIATION, and QORVIS COMMUNICATIONS, LLC,<br><br>Defendants. | C. A. No. 05-69 (GMS) |

## DEFENDANTS' MOTION TO DISMISS

The defendants, by their undersigned counsel, hereby move to dismiss the Complaint in this action on the basis of improper venue, the Noerr-Pennington Doctrine, lack of subject matter jurisdiction, lack of personal jurisdiction, lack of standing, and failure to state a claim upon which relief may be granted. The grounds for this motion are fully set forth in Defendants' Brief in Support of Their Motion to Dismiss, filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Richard L. Horwitz (No. 2246)
Sarah E. DiLuzio (No. 4085)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
E-mail: rhorwitz@potteranderson.com
sdiluzio@potteranderson.com

OF COUNSEL:

James P. Murphy
Squire, Sanders & Dempsey LLP
1201 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20004
Telephone: (202) 626-6600
Facsimile: (202) 626-6780

Adam R. Fox
Squire, Sanders & Dempsey LLP
801 So. Figueroa Street, Suite 1400
Los Angeles, CA 90017
Telephone: (213) 624.2500
Facsimile: (213) 623-4581

*Attorneys for Defendants*

Dated: March 25, 2005
675453

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on March 25, 2005, I electronically filed true and correct copies of the foregoing DEFENDANTS' MOTION TO DISMISS with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Steven J. Balick (No.2114)
>ASHBY & GEDDES
>222 Delaware Avenue
>17th floor
>Wilmington, DE  19801
>Telephone:  (302) 654-1888
>sbalick@ashby-geddes.com

>_____
>Sarah E. DiLuzio (DSB ID No. 4085)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, 6th Floor
>1313 North Market Street
>Post Office Box 951
>Wilmington, Delaware  19899-0951
>Tel:  (302) 984-6000
>E-mail:  sdiluzio@potteranderson.com

675453