IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| McNEIL NUTRITIONALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-069 |
| | ) | |
| THE SUGAR ASSOCIATION, THE | ) | |
| AMALGAMATED SUGAR COMPANY, | ) | |
| AMERICAN CRYSTAL SUGAR COMPANY, | ) | |
| AMERICAN SUGAR CANE LEAGUE, | ) | |
| AMERICAN SUGAR REFINING, INC., | ) | |
| ATLANTIC SUGAR ASSOCIATION, | ) | |
| HAWAIIAN SUGAR & TRANSPORTATION | ) | |
| COOPERATIVE, IMPERIAL SUGAR | ) | |
| COMPANY, MICHIGAN SUGAR COMPANY, | ) | |
| MINN-DAK FARMERS COOPERATIVE, | ) | |
| OKEELANTA CORPORATION, OSCEOLA | ) | |
| FARMS COMPANY, RIO GRANDE VALLEY | ) | |
| SUGAR GROWERS, INC., SOUTHERN | ) | |
| MINNESOTA BEET SUGAR COOPERATIVE, | ) | |
| SUGAR CANE GROWERS COOPERATIVE OF | ) | |
| FLORIDA, UNITED STATES SUGAR | ) | |
| CORPORATION, WESTERN SUGAR | ) | |
| COOPERATIVE, WYOMING SUGAR LLC, | ) | |
| AMERICAN SUGARBEET GROWERS | ) | |
| ASSOCIATION, and QORVIS | ) | |
| COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 15th day of April, 2005, the following documents:

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT THE SUGAR ASSOCIATION FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT THE AMALGAMATED SUGAR COMPANY FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT AMERICAN CRYSTAL SUGAR COMPANY FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT AMERICAN SUGAR CANE LEAGUE FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT AMERICAN SUGAR REFINING, INC. FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT ATLANTIC SUGAR ASSOCIATION FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT IMPERIAL SUGAR COMPANY FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT MICHIGAN SUGAR COMPANY FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT MINN-DAK FARMERS COOPERATIVE FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT OKEELANTA CORPORATION FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT OSCEOLA FARMS COMPANY FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT RIO GRANDE VALLEY SUGAR GROWERS, INC. FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT SUGAR CANE GROWERS COOERATIVE OF FLORIDA FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT UNITED STATES SUGAR CORPORATION FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT WESTERN SUGAR COOPERTIVE FOR THE PRODUCTION OF DOCUMENTS AND THINGS,**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT WYOMING SUGAR LLC FOR THE PRODUCTION OF DOCUMENTS AND THINGS, AND**

**PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT AMERICAN SUGARBEET GROWERS ASSOCIATION FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| James P. Murphy, Esq.<br>Squire, Sanders & Dempsey LLP<br>1201 Pennsylvania Avenue, N.W.<br>Suite 500<br>Washington, DC 20004 | <u>VIA ELECTRONIC MAIL</u> |
| Adam R. Fox, Esq.<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street, Suite 1400<br>Los Angeles, CA 90017 | <u>VIA ELECTRONIC MAIL</u> |

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (#2114)
John G. Day (#2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Steven A. Zalesin
Clay J. Pierce
Jeffrey D. Rotenberg
Jennifer L. Higgins
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Donna Malin
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 08543

Dated: April 15, 2005
155211.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of April, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | <u>HAND DELIVERY</u> |
| James P. Murphy, Esq.<br>Squire, Sanders & Dempsey LLP<br>1201 Pennsylvania Avenue, N.W.<br>Suite 500<br>Washington, DC  20004 | <u>VIA ELECTRONIC MAIL</u> |
| Adam R. Fox, Esq.<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street<br>Suite 1400<br>Los Angeles, CA  90017 | <u>VIA ELECTRONIC MAIL</u> |

*/s/ John G. Day*
_____
John G. Day