# EXHIBIT 1



# News & EVENTS

**GET INVOLVED**



**Are you concerne
long-term health
Splenda?**
Do you feel the Spl
advertising slogan "
Sugar, so it tastes l
misleading?
**Click here** to get

**FOR IMMEDIATE RELEASE**

January 10, 2005

### The "Truth About Splenda" Website Launched
*Website Represents First Step in a Major Public Education
Campaign*

Washington D.C. [January 10, 2005] -- A group of concerned
consumers, led by sugar cane and sugar beet farmers across
America, today launched the website
**www.truthaboutsplenda.com** to better educate consumers
about the chlorinated artificial sweetener Splenda.

Johnson & Johnson, which markets Splenda, has led consumers,
reporters and the general public to believe that this chemical
sweetener is somehow natural. The highly publicized slogan *"Made
from Sugar so it Tastes Like Sugar"* is deceptive and misleads
consumers about what they are feeding their families. Just one
indication of the public's confusion can be seen in a recent poll,
undertaken by a national consumer group, stating that nearly half
of present and past Splenda users believe it is "natural."

"The truth is Splenda is not grown in a sugar beet or a sugar cane
field. It's manufactured in a chemical plant," Andy Briscoe,
President and CEO of the Sugar Association, recently commented.
"It's a highly processed chlorinated sweetener, and no one knows
for sure what the long term effects may be. I am sure of one thing:
it's not natural."

The website, **www.truthaboutsplenda.com**, is only the first step
in building a nationwide coalition of people and organizations
committed to ensuring that the American people are better
educated about the fact that Splenda is an artificial sweetener
which contains chlorine.

**GET THE FACTS**



**Do you think ther
long-term studie:
health effects of !**
Think Splenda is all
safe to let your chil
Splenda? To find ou
About Splend, **clicl**

For more information about the "Truth About Splenda" campaign or
to get involved, please contact Rich Masters at Qorvis
Communications, 202-496-1000, e-mail rmasters@qorvis.com , or
visit the website at **www.truthaboutsplenda.com** .

# # #

© 2004 The Truth About Splenda.

Le

# EXHIBIT 2



**TRUTH ABOUT**

HOME   FACT VS. FICTION   TAKE ACTION   NEWS & EVENTS   RESOURCES   CONTACT

# Do you know what *your children* are eating?

Splenda's advertising claims that it is "Made from Sugar, so it Tastes Like Sugar." What they don't tell you is that Splenda is not natural, it's a chlorinated artificial sweetener. To learn more, **click here**.

Splenda is an artificial sweetener made from a chemical compound that includes chlorine. Splenda is not natural.

**GET THE FACTS**

If you have concerns about Splenda or their misleading advertising, you can contact several groups to share your opinion.

**TAKE ACTION**

If you have a story to tell about your experience wit Splenda, we'd like to hear about it.

**SUBMIT YOUR STORY**

© 2004 The Truth About Splenda.

Legal | Privacy Policy

*This website is part of an effort to educate consumers about the chemical artificial sweetener Splenda and is provided by The Sugar Association, which represents sugar beet and sugar cane farmers across America. All the information provided is based on publicly available sources, and this site functions as a clearinghouse to provide you with the Truth About Splenda and their advertising campaign which misleads consumers. If you have positive or negative comments about Splenda, concerns about Splenda, or questions about Splenda, please e-mail them to: info@truthaboutsplenda.com or click on the "Contact" tab to submit your thoughts. Thanks so much for helping us spread the word on the truth about Splenda!*

# EXHIBIT 3



# THE SUGAR ASSOCIATION

*Sugar: The Natural Sweetener...15 Calories Per Teaspoon*    `Search`

Who We Are
Sugar Facts
For Your Health
Science Says
In the Kitchen
Newsroom
Publications
Contact Us
Members Only
Home





## WHO WE ARE

### History
The Sugar Association, founded by members of the U.S. sugar industry, began in 1943 as the Sugar Research Foundation, dedicated to the scientific study of sugar's role in food and communication of that role to the public. In 1947, the Association assumed its current name. Initially, the Association had two divisions: Sugar Information, Inc. focused on public education and communication; the Sugar Research Foundation developed and supported basic and applied scientific research. The Research Foundation became the World Sugar Research Organisation, Ltd., in 1968. The Sugar Association continues with its mission of educating health professionals, media, government officials and the public about sugar's goodness.

### Members
The Sugar Association's member companies are producers and growers of sugar in the United States. The Board of Directors is comprised of decision-making representatives from each of those companies or organizations. There are four Board Committees: the Executive Committee, the Budget Committee, the Audit Committee, and the Nominating Committee. Three advisory committees comprised of member company staff help guide the direction of Public Policy, Public Education, and Scientific Affairs for the Association. The Association's fiscal year is July through June. The board and committees meet at least two times annually to review and plan the activities and strategies for each year.

Who We Are | Sugar Facts | For Your Health | Science Says | In the Kitchen | Newsroom | Publications
Contact Us | Members Only | Kid's Activities | Home



© The Sugar Association, Inc.: All rights reserved
1101 15th Street, NW, Suite 600
Washington, D.C. 20005

Phone: (202) 785-1122
Fax: (202) 785-5019
E-mail: sugar@sugar.org



THE SUGAR ASSOCIATION

*Sugar: The Natural Sweetener...15 Calories Per Teaspoon*

Search

E-BUSINESS FOR All Natural SUGAR-BASED PRODUCTS

KIDS' ACTIVITIES

## WHO WE ARE

**Board of Directors FY 2004 — 2005**

Steve Bearden
Rio Grande Valley Sugar Growers, Inc.

Andrew Briscoe
The Sugar Association, Inc.

Ralph Burton
The Amalgamated Sugar Company

Craig Caillier
American Sugar Cane League

Donald Carson
Atlantic Sugar Association

Robert Coker
United States Sugar Corporation

Antonio Contreras
Sugar Cane Growers Cooperative of Florida

Mark Duffin
American Sugarbeet Growers Association

Pepe Fanjul, Jr.
American Sugar Refining, Inc.

Mark Flegenheimer
Michigan Sugar Company

James Horvath
American Crystal Sugar Company

Alan Kennett
Hawaiian Sugar & Transportation Cooperative

Darren Luft
American Sugarbeet Growers Association

Inder Mathur
Western Sugar Cooperative

Richard McKamey
Wyoming Sugar Company

Robert Peiser
Imperial Sugar Company

John Richmond
Southern Minnesota Beet Sugar Cooperative

David Roche
Minn-Dak Farmers Cooperative

Parks Shackelford
Okeelanta Corporation

James Simon
American Sugar Cane League

Steve Williams
American Sugarbeet Growers Association

Thomas Zimmer
American Sugarbeet Growers Association

© The Sugar Association, Inc.: All rights reserved
1101 15th Street, NW, Suite 600
Phone: (202) 785-1122
Fax: (202) 785-5019

# THE SUGAR ASSOCIATION

*Sugar: The Natural Sweetener...15 Calories Per Teaspoon*

Who We Are

Sugar Facts

For Your Health

Science Says

In the Kitchen

Newsroom

Publications

Contact Us

Members Only

Home



## WHO WE ARE

### Member Companies

The Amalgamated Sugar
Company
3184 Elder Street
Boise, ID 83705
www.amalgamatedsugar.com

American Crystal Sugar
Company
101 North Third Street
Moorhead, MN 56560
www.crystalsugar.com

American Sugar Cane
League
206 East Bayou Road
Thibodaux, LA 70302
www.amscl.org

American Sugar Refining,
Inc.
1 Federal Street
Yonkers, NY 10702

Atlantic Sugar Association
1 North Clematis Street,
Suite 200
West Palm Beach, FL 33402
www.floridacrystals.com

Hawaiian Sugar &
Transportation Cooperative

Minn-Dak Farmers
Cooperative
7525 Red River Road
Wahpeton, ND 58075
Phone: 701-642-8411
Phone: 701-671-1314
(Susan Johnson)
Fax: 701-671-1369
www.mdf.coop
smjohnson@mdf.coop

Okeelanta Corporation
1 North Clematis Street,
Suite 200
West Palm Beach, FL
33402
www.floridacrystals.com

Osceola Farms Company
PO Box 1059
Palm Beach, FL 33480
www.floridacrystals.com

Rio Grande Valley Sugar
Growers, Inc.
2 1/2 Miles West Highway
107
Santa Rosa, TX 78593

Southern Minnesota Beet
Sugar Cooperative
83550 County Road 21 -
Box 500
Renville, MN 56284
Phone: 320-329-8305
Fax: 320-329-3252
www.smbsc.com
info@smbsc.com

Sugar Cane Growers
Cooperative of Florida

PO Box 156
Kaumakani, Kauai HI 96747

1500 Sugarhouse Road
Belle Glade, FL 33430
www.scgc.org
bjmiedema@scgc.org

Imperial Sugar Company
8016 Hwy 90A
Sugar Land, TX 77482
Phone: 800-727-8427
www.imperialsugar.com

United States Sugar
Corporation
111 Ponce de Leon
Avenue
Clewiston, FL 33440
Phone: 863-983-8121
Fax: 863-983-8181
www.ussugar.com
jsanchez@ussugar.com

Michigan Sugar Company
4800 Fashion Square
Boulevard, Suite 300
Saginaw, MI 48604
Phone: 989-799-7300
Fax: 989-793-1263
www.michigansugar.com
info@michigansugar.com

Western Sugar
Cooperative
7555 East Hampden
Avenue, Suite 600
Denver, CO 80231
Phone: 303-830-3939
Main Fax: 303-830-3941
Sales Department Fax:
303-832-4084
www.westernsugar.com
fbbush@westernsugar.com
(Frank Bush)

Wyoming Sugar
500 Hillcrest Drive
Worland, WY 82401

Who We Are | Sugar Facts | For Your Health | Science Says | In the Kitchen |
Newsroom | Publications
Contact Us | Members Only | Kid's Activities | Home



© The Sugar Association, Inc.: All rights
reserved
1101 15th Street, NW, Suite 600
Washington, D.C. 20005

Phone: (202) 785-1122
Fax: (202) 785-5019
E-mail: sugar@sugar.org

The Sugar Association - Sugar Facts



## THE SUGAR ASSOCIATION

*Sugar: The Natural Sweetener...15 Calories Per Teaspoon*

Search

Who We Are
Sugar Facts
For Your Health
Science Says
In the Kitchen
Newsroom
Publications
Contact Us
Members Only
Home







## WHO WE ARE

**Staff**

**Andrew Briscoe**
**President**
**Chief Executive Officer**
**Bio**

Charles W. Baker, Ph.D.
Vice President Scientific Affairs

Cheryl Digges
Director of Public Policy and
Education

Melanie Miller
Director of Public Relations

Robin Brewington
Accounting and Administration
Manager

Darin Keith
Information Technology Manager



© The Sugar Association, Inc.: All rights reserved
1101 15th Street, NW, Suite 600
Washington, D.C. 20005

Phone: (202) 785-1122
Fax: (202) 785-5019
E-mail: sugar@sugar.org

http://www.sugar.org/wwa/staff.html

4/15/2005