# EXHIBIT 4



Who Cares
About Sugar?

American Crystal Sugar Company

2004 Annual Report



Greater Good

## Financial Highlights

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Tons of Sugarbeets Purchased | 10,006 | 8,749 | 8,058 |
| Sugar Content of Sugarbeets | 18.5% | 17.0% | 18.0% |
| Hundredweight of Sugar Produced | 30,983 | 24,527 | 25,395 |
| Gross Beet Payment | $ 468,882 | $ 256,103 | $ 375,824 |
| Per Ton Purchased | $ 46.86 | $ 40.70 | $ 46.64 |
| Per Acre Harvested | $ 945.46 | $ 711.06 | $ 823.48 |
| Net Beet Payment | $ 438,891 | $ 338,617 | $ 351,670 |
| Per Ton Purchased | $ 43.86 | $ 38.70 | $ 43.64 |
| Per Acre Harvested | $ 884.59 | $ 676.15 | $ 776.17 |



**Robert D. Vivatson**
*Chairman, Board of Directors*

**James J. Horvath**
*President and Chief Executive Officer*

## A Note From Chairman Vivatson

As I complete my 12 years on American Crystal Sugar Company's Board of Directors, I see a company focused in its direction. I see a company assembling the building blocks of productivity necessary to enhance financial performance and deliver tangible benefits to its customers, its people, and its communities. I see an organization disciplined and experienced with the structure to succeed. It has, indeed, been an honor to serve as a Director and Chairman of this amazing cooperative.

## Who Cares About Sugar?

The images in this report tell an important story. Sugar is an ingredient that touches the lives of people of all ages in more ways than they realize: when a child's happiness takes center stage at a party, as a jubilant team celebrates victory, or when special friends gather to enjoy a cool and creamy treat.

Sugar also has significant meaning to those whose livelihoods are tied to its production — such as the 32,000 people whose jobs are associated with the region's sugar industry and whose farms and communities are impacted by what happens in the field, in the factory, in the marketplace, and in the halls of government. Without question, sugar is an important American industry more people should know about and care about, which is why American Crystal Sugar Company is committed to using its resources to fight for equitable trade policies, promote the healthful aspects of its products, and competitively position itself for the years ahead.















# Energizing a Region

### To Our Shareholders:

By nearly every measure, Fiscal Year 2004 was a very good year for American Crystal Sugar Company. Generating this success was a first-rate crop, solid strategic choices, and the proper execution of our core strengths. As a result, we took advantage of these opportunities to produce strong returns for our shareholders.

### Fiscal Year 2004

From the field, our shareholders produced and delivered the second largest crop in our history — 10 million tons. Reflecting this effort were 95,000 harvested acres averaging 20.1 tons per acre and 18.5 percent sugar content. The finely tuned storage and processing of this crop yielded a remarkable sugar production benchmark of almost 31 million hundredweight.

Favorable marketing conditions supported the vitality of these performances resulting in American Crystal shareholders receiving a gross beet payment of $46.65 per average ton. This translated into $940 per acre and total gross beet payment revenue of nearly $460 million, a record high.

### Prudent Transactions

Moving into Fiscal Year 2004, we recognized that our sugar production would exceed our USDA-imposed marketing limits. As we explored options to offset this situation, we executed an acquisition for the second consecutive year. In September 2003, we acquired control of the sugar beet processing facility and marketing allocations of Pacific Northwest Sugar Company, LLC, located in Moses Lake, Washington.

Through this prudent transaction we realized two critical areas benefits. First, the additional allocations enabled us to fully market our substantial near-record year production. Second, we were able to market an additional average cutbacks. Meaning, in the spring of 2004, we were able to plant our full 500,000 stock acres.

### Labor Accord

Our unionized workforce has long provided us with an important competitive advantage. After a lengthy negotiation period, we satisfied this association with a new unprecedented 7-year contract agreement. The terms of this accord provide parameters to further build on this crucial long-term relationship.

### At Issue

Working together with our industry counterparts, we remain vigorously opposed to trade agreements that include sugar. We believe that if proposed agreements such as the Central America Free Trade agreement (CAFTA) were passed by Congress, sugar imports would greatly exceed U.S. needs making the no-cost U.S. sugar policy inoperable, and could severely impact the U.S. sugar industry. Our understanding is to raise awareness of the serious consequences of these trade agreements to the highest level possible and to move sugar trade to the World Trade Organization level only.

Anti-CAFTA activities of the sugar industry are intense. Regionally, 26,000 signatures were gathered on a petition supporting our position concerning unfair sugar trade. A letter writing campaign, multi-state billboard advertising, media attention, and support from public officials are simultaneously increasing awareness of this matter.

### Beyond Today

What's offered by this region's sugar industry is compelling. Together, we are making concerted efforts to sustain our viability as a company, building on strategically important relationships and taking action to secure fair treatment for our industry.

Taste of Victory

# Delivering
# the Goods

Underlying every noteworthy business performance are numerous stories of how continuing obstacles results in new levels of achievement. This was the case in nearly every sector of American Crystal's business in Fiscal Year 2004.

## Crop Marks

Glancing back at the 2003 crop, although most of the 503,000 acres were planted early, the growing season was marked by a cool and wet May that gave way to drought-like conditions by late summer. During pre-harvest, rock-hard soil made beet lifting extremely difficult. September rains improved yield results and beneficial lifting conditions, making for a bumper crop and expeditious harvest.

With cooperation from the weather, including a later January cold snap, in conjunction with the skills of our storage experts, the sizable crop stored well — preserving beet quality and minimizing pile losses.

## Productive Expertise

Our factories processed beets for an average of 299 days from September 2003 through mid-May 2004. The average slice rate of 35,500 tons of beets per day, however, set new records for total sugar production and daily sugar production were reached during this effort.

The high volumes of products tested our packaging and warehousing capabilities. Although we overcame each challenge, due credit belongs to our inventive workforce along with our marketing partners, United Sugars and Midwest Agri-Commodities, for their successful on-the-job problem solving actions.

## Sidney Sugars Incorporated

In its second year under American Crystal's ownership, Sidney Sugars continues as a productive addition. The factory sliced beets for 160 days, producing 2.8 million hundredweight of sugar, which exceeded last year's production by 28 percent. In a related matter, we completed the sale of the sited Hereford, Texas, factory, which we acquired as part of the Sidney transaction, to an organization outside the sugar industry.

## Initiating Results

Significant strides in the internal initiatives of our business are contributing to increased productivity. Direct, unfiltered communication with shareholders is central in promoting the use of Gold Standard agriculture practices. Agriculture staff consultations along with publication and Web site support. Close the Gap meetings, and Sugarbeet Milk seminars all contribute to advancing beet production.

Since early mid-manufacturing is the goal of our 8 year factory automation project. Now in its fourth year, this technology is creating better production controls and new growth opportunities. For our operating personnel. From an equipment reliability perspective, during the last 5-year period, our factories have increased their combined maintenance excellence assessment score by 62 percent.

Through our safety efforts, while concentrating on the well-being of employees, we achieved the lowest lost time accident level in the last decade. The Hillsboro factory recorded 546 days without a lost time injury while the Moorhead packaging area has surpassed a full year and counting.








## Customer Equation

We're acutely aware that everything we work for as an organization comes together when customers go to use our products. For this reason we constantly pursue the most stringent quality assurance measures, reducing customer complaints to historic lows.








# Food for Thought

We believe accelerating what we do as a company along with aligning the economic importance of the sugar industry and the favorable qualities of our all-natural sugar products will provide momentum for our business.

### Capital Improvements

Investments in beet receiving and storage assets to lower more pile heights to 30 feet continue to pay dividends. This summer we expanded the storage slabs at the Oslo and Drayton factory yard piling sites. Included in these projects was a new 48-inch piler at Oslo.

Productivity gains from new capital projects remain a core strategy. At our Hillsboro factory, sugar end upgrades and additional rail tracks will increase crystallization performance and optimize railcar loading activities, respectively. At our East Grand Forks factory we replaced aging assets with next-to-new crystallizers to enhance crystallizing operations.

We believe in being an environmentally and socially responsible organization. We installed a new $3 million wastewater pond and cover at our East Grand Fork factory similar to the one installed at our Moorhead factory a year earlier. These investments eliminate wastewater pond odors and help us maintain regulatory compliance. Not as favorable with our plant communities has been our request for review of our property tax assessments. Although we believe this is a fair, upstanding request, the counties where we operate differ. Our aim is to resolve these matters with the utmost diplomacy and equality.

### 2004 Growing Season

Throughout the Red River Valley the 2004 crop got off to an excellent start with record late 90 percent of the 500,000 acres crop being planted by May 5. A measure of May weather events resulted in successful replanting of 22,000 acres. After a cool and damp growing season, a below average crop was expected. Then warm weather in late September and early October increased crop results to near average levels.

### Consuming Vision

To promote the positive aspects of our product the beet sugar sector of the industry is mounting an image campaign to thwart the fat-free, all-natural, 15-calorie-per-teaspoon virtues of sugar into the public spotlight. This is an important undertaking as our product category has grappled with declining consumption due to slower economic growth and rising imports of sugar-containing products. It is also a premium opportunity to separate "real sugar" from other sweeteners as well as discredit associated myths linking sugar to obesity.

Sincerely,

Robert B. Vinsoon
Chairman, Board of Directors

James J. Horvath
President and Chief Executive Officer

### Vital Actions

Clearly, we are working on many fronts to make each and every customer feel good about our products. At the same time we are going to great lengths to protect the viability of our company and our industry. We recognize that we are ambitious goals. Yet, for those of us who really care about sugar, the rewards justify the means.



Better Than Ever

## Management's Report on the Consolidated Financial Statements

The management of American Crystal Sugar Company is responsible for the preparation, integrity and fair presentation of the accompanying consolidated financial statements and related information contained in this Annual Report. The accompanying consolidated financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America. Where necessary, the Company makes informed judgments and estimates of the outcome of events and transactions, with due consideration given to materiality. The financial information appearing throughout this Annual Report is consistent with that in the financial statements.

The Company has established an environment that fosters strong controls and has designed a system of internal controls to ensure, within reasonable limits, that assets are safeguarded, that transactions are properly recorded and executed in accordance with management's authorization, and that the accounting records provide a solid foundation from which to prepare the consolidated financial statements. Although no system of internal controls can detect and prevent all errors or irregularities, we believe that the established system provides an acceptable balance between the benefits to be gained and their related costs.

The Company's consolidated financial statements have been audited by independent auditors, Eide Bailly LLP, who were given unrestricted access to all financial records and related data. As part of their audit of the consolidated financial statements, the Company's independent auditors review and assess the effectiveness of selected internal accounting controls to establish a basis for reliance thereon in determining the nature, timing and extent of audit tests to be applied.

The Audit Committee of the Board of Directors meets with the independent auditors and management periodically to review their respective activities and to provide oversight to the Company's accounting policies, internal controls and the financial reporting process. The independent auditors have free access to the Board of Directors and its Audit Committee, with or without management present, to discuss the scope and results of their audits and the adequacy of the system of internal controls.

James J. Horvath,
President and Chief Executive Officer

Joseph J. Talley,
Vice President - Finance and
Chief Financial Officer

## Management's Discussion of Operations

Revenue for the year ended August 31, 2004, was $410.8 million, an increase of $203.8 million from fiscal 2003. Revenue from total sugar sales increased 24.1 percent due to a 25.0 percent increase in the hundredweight sold partially offset by 0.7 percent decrease in the average selling price per hundredweight. Revenue from pulp sales increased 20.9 percent due to a 17.1 percent increase in the volume of pulp tons sold and a 3.3 percent increase in the average selling price per ton. Revenue from molasses sales increased 35.3 percent due to a 41.5 percent increase in the volume of molasses sold, partially offset by a 4.4 percent decrease in the average selling price per ton. The increases in the volume of products sold were due primarily to the additional sales associated with Sidney, Montana, factory. Revenue from sales of Concentrated Separated By-Product (CSB), a by-product of the molasses desugarization process, increased 11.7 percent due to a 20.8 percent increase in the average price per ton sold, partially offset by a 7.4 percent decrease in the volume of CSB sold. Rental revenue on the ProGold Limited Liability Company (ProGold) operating lease was $25.8 million as compared to $8.6 million last year. This difference was the result of the consolidation of ProGold which commenced on May 1, 2005.

Cost of sales for the year ended August 31, 2004, exclusive of payments to members for sugarbeets, increased $47.5 million as compared to fiscal 2003. The cost recognized associated with the non-member sugarbeets (Sidney crop) was $44.9 million for the year ended August 31, 2004, an increase of $13.1 million as compared to the prior year. This increase was primarily due to a 32.6 percent increase in the tons of sugarbeets purchased. Direct processing costs for sugar and pulp increased 15.3 percent. This was primarily the result of harvesting 15.8 percent more sugarbeets. Fixed and committed expenses increased 7.0 percent reflecting higher labor and benefit costs, increased maintenance costs and costs related to a full year of operations of the Sidney, Montana, factory. The change in the net realizable value of product inventories impacted the cost of product sold unfavorably by $16.5 million. The costs associated with sugar purchased to meet customer needs decreased $15.1 million due to the annual commencement of the 2005 Red River Valley crop campaign. The 2002 Red River Valley crop campaign startup was delayed because of adverse planting and growing conditions which increased the maturity of the crop. As a result, additional sugar was required to be in service; customers during this late date. Costs related to ProGold were $12.0 million as compared to $4.0 million last year. This difference was the result of the consolidation of ProGold which commenced on May 1, 2005.

Selling, general and administrative expenses increased $56.7 million from 2003. Selling expenses increased $32.1 million primarily due to the increases in the volume of products sold. General and Administrative expenses increased $4.6 million due in part to higher employee benefit costs, increased industry membership activity and general cost increases.

Interest income increased $1.6 million from last year primarily due to the conversion of the Note Receivable from Coycork, LLC into Preferred Equity, which occurred at the end of fiscal 2003.

Interest expense increased $3.5 million from last year. This was the result of the consolidation of ProGold along with increased average borrowing level for short-term debt, partially offset by lower long-term debt and short-term interest rates and a lower average borrowing level for long-term debt.

Non-member losses of allied entities resulted in a gain of $41.2 million in 2004, as compared to a gain of $5.8 million in 2003. The gain in both years was due primarily to activities related to Sidney Sugars.

Payments to members for sugarbeets, net of unit retains declared, increased by $100.1 million from $358.6 million in 2003 to $458.9 million in 2004. This was primarily due to the increased size and quality of the crop processed in 2004.

## Report of Independent Registered Public Accounting Firm

To the Audit Committee of
American Crystal Sugar Company
Moorhead, Minnesota

We have audited the accompanying consolidated balance sheets of American Crystal Sugar Company (a Minnesota cooperative corporation) as of August 31, 2004 and 2003, and the related consolidated statements of operations, changes in members' investments and cash flows for the years ended August 31, 2004, 2003 and 2002. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of American Crystal Sugar Company and subsidiaries as of August 31, 2004 and 2003, and the results of their operations and their cash flows for the years ended August 31, 2004, 2003 and 2002, in conformity with accounting principles generally accepted in the United States of America.

*Eide Bailly LLP*

Eide Bailly LLP
Sioux Falls, South Dakota
October 5, 2004

## Consolidated Statements of Operations

For the Years Ended August 31 (In Thousands)

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| Net Revenue | $ 1,033,088 | $ 829,246 | $ 775,288 |
| Cost of Sales | 338,368 | 290,831 | 206,789 |
| Gross Proceeds | 694,730 | 538,415 | 568,499 |
| Selling, General and Administrative Expenses | 199,934 | 163,280 | 159,376 |
| Operating Proceeds | 494,786 | 375,135 | 409,123 |
| Other Income (Expense): | | | |
| Interest Income | 169 | 1,520 | 2,009 |
| Interest Expense, Net | (20,149) | (16,851) | (14,578) |
| Other, Net | 2,097 | 3,334 | 2,098 |
| Total Other (Expense) | (17,883) | (12,017) | (10,471) |
| Proceeds Before Minority Interest and Income Tax Expense | 476,903 | 363,118 | 398,652 |
| Minority Interest | (3,593) | (1,142) | — |
| Income Tax Expense | (188) | (74) | (64) |
| Net Proceeds Resulting from Member and Non-Member Business | $ 473,122 | $ 361,902 | $ 398,588 |
| Distributions of Net Proceeds: | | | |
| Credited (Charged) to Members' Investment: | | | |
| Non-Member Business Income (Loss) | $ 4,240 | $ 5,799 | $ (733) |
| Equity Retention Declared to Members | | | 1,177 |
| Unit Retains Declared to Members | 29,991 | 17,486 | 24,154 |
| Net Credits to Members' Investment | 34,331 | 23,285 | 24,598 |
| Payments to Members for PIK Certificates, Net of Equity Retention Declared | — | — | 22,330 |
| Payments to Members for Sugarbeets, Net of Unit Retains Declared | 438,891 | 338,617 | 351,670 |
| Total | $ 473,122 | $ 361,902 | $ 398,588 |

The Accompanying Notes are an Integral Part of These Consolidated Financial Statements.

## Consolidated Balance Sheets

**Assets**
August 31 (In Thousands)

| | 2004 | 2003 |
|---|---|---|
| **Current Assets:** | | |
| Cash and Cash Equivalents | $ 184 | $ 859 |
| Receivables: | | |
| Trade | 79,185 | 64,056 |
| Members | 5,105 | 3,993 |
| Other | 4,085 | 4,403 |
| Advances to Related Parties | 13,199 | 4,891 |
| Inventories | 129,285 | 130,981 |
| Prepaid Expenses | 4,846 | 7,062 |
| **Total Current Assets** | 235,889 | 216,245 |
| **Property and Equipment:** | | |
| Land | 43,195 | 39,393 |
| Buildings | 93,988 | 90,181 |
| Equipment | 809,775 | 794,416 |
| Construction in Progress | 3,118 | 4,989 |
| Less Accumulated Depreciation | (619,534) | (586,167) |
| **Net Property and Equipment** | 330,542 | 342,812 |
| **Net Property and Equipment Held for Lease** | 160,643 | 170,656 |
| **Other Assets:** | | |
| Investments in CoBank, ACB | 19,069 | 21,685 |
| Investments in Marketing Cooperatives | 4,487 | 6,166 |
| Investments in Crystech, LLC | 15,353 | 15,330 |
| Other Assets | 56,343 | 36,857 |
| **Total Other Assets** | 95,252 | 80,038 |
| **Total Assets** | $ 822,326 | $ 809,751 |

*The Accompanying Notes are an Integral Part of These Consolidated Financial Statements.*

## Consolidated Balance Sheets

**Liabilities and Members' Investments**
August 31 (In Thousands)

| | 2004 | 2003 |
|---|---|---|
| **Current Liabilities:** | | |
| Short-Term Debt | $ 30,199 | $ 40,909 |
| Current Maturities of Long-Term Debt | 30,932 | 11,282 |
| Accounts Payable | 27,336 | 23,192 |
| Advances Due to Related Parties | 8,035 | 4,604 |
| Other Current Liabilities | 20,227 | 18,710 |
| Accounts Due Growers | 70,487 | 58,896 |
| **Total Current Liabilities** | 177,216 | 166,673 |
| **Long-Term Debt, Net of Current Maturities** | 350,086 | 286,922 |
| **Accrued Employee Benefits** | 33,959 | 31,053 |
| **Other Liabilities** | 10,397 | 10,598 |
| **Total Liabilities** | 471,658 | 495,636 |
| **Commitments and Contingencies (See Note 18)** | | |
| **Minority Interest in ProGold Limited Liability Company** | 67,262 | 43,769 |
| **Members' Investments:** | | |
| Preferred Stock | 38,275 | 38,375 |
| Common Stock | 19 | 50 |
| Additional Paid-in Capital | 152,261 | 148,238 |
| Unit Retains | 138,714 | 125,499 |
| Equity Retention | 2,708 | 2,719 |
| Accumulated Other Comprehensive Income (Loss) | (576) | (11,960) |
| Retained Earnings (Accumulated Deficit) | (28,185) | (32,425) |
| **Total Members' Investments** | 303,426 | 270,366 |
| **Total Liabilities and Members' Investments** | $ 822,326 | $ 809,751 |

*The Accompanying Notes are an Integral Part of These Consolidated Financial Statements.*

## Consolidated Statements of Changes in Members' Investments

| For the Years Ended August 31 (In Thousands) | Preferred Stock | Common Stock | Additional Paid-in Capital | Unit Retains | Equity Retention | Accumulated Other Comprehensive Income (Loss) | Retained Earnings (Accumulated Deficit) | Total | Annual Comprehensive Income (Loss) |
|---|---|---|---|---|---|---|---|---|---|
| Balance, August 31, 2001 | $ 58,275 | $ 31 | $ 137,241 | $ 116,680 | $ 1,560 | $ (456) | $ (37,491) | $ 255,660 | |
| Non-Member Business (Loss) | | | | | | | (735) | (735) | $ (735) |
| Pension Liability Adjustments | | | | | | (881) | | (881) | (881) |
| Unit Retains Withheld from Members | | | | 24,154 | | | | 24,154 | |
| Equity Retention | | | | | 1,177 | | | 1,177 | |
| Payment of Unit Retains and Equity Retention to Members | | | | (16,533) | (4) | | | (16,537) | |
| Stock Issued, Net | | (1) | 5,828 | | | | | 5,827 | |
| | | | | | | | | | $ (1,614) |
| Balance, August 31, 2002 | 58,275 | 30 | 143,069 | 124,101 | 2,733 | (1,317) | (38,224) | 268,667 | |
| Non-Member Business Income | | | | | | | 5,799 | 5,799 | $ 5,799 |
| Pension Liability Adjustment | | | | | | (10,583) | | (10,583) | (10,583) |
| Unit Retains Withheld from Members | | | | 17,466 | | | | 17,466 | |
| Payment of Unit Retains and Equity Retention to Members | | | | (16,178) | (14) | | | (16,192) | |
| Stock Issued, Net | | | 5,169 | | | | | 5,169 | |
| | | | | | | | | | $ (4,784) |
| Balance, August 31, 2003 | 58,275 | 30 | 148,238 | 125,409 | 2,719 | (11,900) | (32,425) | 270,346 | |
| Non-Member Business Income | | | | | | | 4,240 | 4,240 | $ 4,240 |
| Pension Liability Adjustment | | | | | | 11,524 | | 11,524 | 11,524 |
| Unit Retains Withheld from Members | | | | 29,991 | | | | 29,991 | |
| Payment of Unit Retains and Equity Retention to Members | | | | (16,686) | (11) | | | (16,697) | |
| Stock Issued, Net | | (1) | 4,023 | | | | | 4,023 | |
| Balance, August 31, 2004 | $ 58,275 | $ 29 | $ 152,261 | $ 138,714 | $ 2,708 | $ (576) | $ (28,185) | $ 303,426 | $ 15,764* |

The Accompanying Notes are an integral Part of These Consolidated Financial Statements.

## Consolidated Statements of Cash Flows

For the Years Ended August 31 (In Thousands)

| | 2004 | 2003 | 2002 |
|---|---|---|---|
| **Cash Provided By (Used In) Operating Activities:** | | | |
| Net Proceeds Resulting from Member and Non-Member Business | $ 473,132 | $ 364,092 | $ 398,598 |
| Payments To/For Members for Sugarbeets, Net of Unit Retains Declared | (438,891) | (338,617) | (351,076) |
| Payments to ProPartners for PIK Certificates, Net of Equity Retains Declared | — | — | (22,320) |
| Add (Deduct) Non-Cash Items: | | | |
| Depreciation and Amortization | 56,655 | 48,514 | 46,389 |
| Purchases from Sugar Related Derivatives | (766) | (4,852) | (7,920) |
| Loss on the Disposition of Property and Equipment | 749 | 485 | 809 |
| Non-Cash Portion of Patronage Dividend from CoBank, ACB | (542) | (376) | (437) |
| Gain from the Disposition of Assets Held for Sale | (1,141) | — | — |
| Deferred Gain Recognition | (197) | (197) | (197) |
| Minority Interest in ProGold Limited Liability Company | 5,993 | 1,142 | — |
| Changes in Assets and Liabilities: | | | |
| Receivables | (15,523) | (4,139) | 5,521 |
| Inventories | 1,965 | (14,410) | (13,587) |
| Prepaid Expenses | 2,215 | (1,233) | (2,546) |
| Long-Term Prepaid Pension Expense | (11,196) | (10,272) | (6,660) |
| Advances To/From Related Parties | (4,877) | 7,957 | 3,112 |
| Accounts Payable | 3,015 | 5,817 | (1,012) |
| Other Liabilities | 11,901 | 6,589 | 1,155 |
| Amounts Due Growers | — | (20,530) | (1,530) |
| **Net Cash Provided By Operating Activities** | 83,367 | 37,081 | 47,017 |
| **Cash Provided By (Used In) Investing Activities:** | | | |
| Purchases of Property and Equipment | (20,615) | (30,967) | (16,340) |
| Purchase of Property and Equipment Held for Lease | (1,119) | (660) | — |
| Proceeds from the Sale of Property and Equipment | 68 | 51 | 138 |
| Proceeds from the Sale of Assets Held for Sale | 1,635 | 1,894 | — |
| Equity Distribution from Crystech, LLC | 1,934 | 2,816 | 663 |
| Equity Method from CoBank, ACB | 3,150 | (2,093) | — |
| Acquisition of Equity Interest in ProGold Limited | | | |
| Liability Company, Net of Cash Acquired | — | (9,760) | — |
| Acquisition from Sidney Sugars Incorporated | — | (53,384) | — |
| Acquisition by Cash Creek Sugar Company | (5,753) | 1 | — |
| Changes in Other Assets | 5,993 | — | (517) |
| **Net Cash (Used In) Investing Activities** | (14,381) | (74,098) | (15,556) |
| **Cash Provided By (Used In) Financing Activities:** | | | |
| Net Proceeds (Payments) on Short-Term Debt | (19,709) | 42,499 | (6,860) |
| Proceeds from Issuance of Long-Term Debt | — | 31,600 | — |
| Proceeds from Issuance of Long-Term Debt | (27,146) | (24,712) | (20,070) |
| Long-Term Debt Repayment | 4,923 | 5,149 | 5,811 |
| Payment of Unit Retains and Equity Retention | (16,697) | (16,352) | (16,537) |
| **Net Cash Provided By (Used In) Financing Activities** | (59,551) | 38,204 | (37,742) |
| Increase (Decrease) in Cash and Cash Equivalents | (673) | 22 | (5,980) |
| Cash and Cash Equivalents, Beginning of Year | 679 | 679 | 5,982 |
| Cash and Cash Equivalents, End of Year | $ 184 | $ 679 | $ 22 |

Non-Cash Investing and Financing Activities: On a note payable in September 2003, a note payable in the amount of $956,000 was issued in connection with the acquisition by Cash Creek Sugar Company.

The Accompanying Notes are an Integral Part of These Consolidated Financial Statements.

## Notes to the Consolidated Financial Statements

### (1) PRINCIPAL ACTIVITY AND SIGNIFICANT ACCOUNTING POLICIES

**Organization**

American Crystal Sugar Company (the Company) is a Minnesota agricultural cooperative corporation which processes and markets sugar, sugarbeet pulp, molasses, concentrated separated by-product (CSB) and seed. Business done with its shareholders (members) constitutes "patronage business" as defined by the Internal Revenue Code, and the net proceeds therefrom are credited to members' investments in the form of cash retains or distributed to members in the form of payments for sugarbeets. Members are paid the net amounts realized from the current year's production less member operating costs determined in conformity with accounting principles generally accepted in the United States of America.

**Basis of Presentation**

The Company's consolidated financial statements are comprised of American Crystal Sugar Company, its wholly-owned subsidiaries Sidney Sugars Incorporated (Sidney Sugars) and Cash Creek Sugar Company (Cash Creek), and ProGold Limited Liability Company (ProGold), a limited liability company in which the Company holds a 51 percent ownership interest.

Sidney Sugars was formed in fiscal 2003 under the laws of the State of Minnesota, and on October 7, 2002, acquired three sugarbeet processing facilities and the related marketing allocations associated with such facilities (See Note 11). Activities associated with Sidney Sugars are considered non-member business.

Cash Creek was formed in fiscal 2003 under the laws of the State of Minnesota, and on September 8, 2003, acquired the control of a sugarbeet processing facility and the related marketing allocations associated with such facility (See Note 12).

All material intercompany transactions have been eliminated.

**Revenue Recognition**

Revenue from the sale of sugar, agri-products and seed is recorded when the product is shipped to the customer. Operating lease revenue is recognized as earned ratably over the term of the lease.

**Operating Lease**

ProGold owns a corn wet milling facility which it leases under an operating lease. Payments are to be received monthly under the lease, which runs through December 31, 2007. The lease contains provisions for extension or modification of the lease terms at the end of the lease period. The lease also contains provisions for increased payments to be received during the lease period related to the facility's profitability and capital additions.

**Cash and Cash Equivalents**

The Company considers all highly liquid investments with a maturity of three months or less when purchased to be cash equivalents. The Company places its temporary cash investments with high credit-quality financial institutions. At times, such investments may be in excess of the applicable insurance limit.

**Accounts Receivable and Credit Policies**

The Company grants credit, individually and through its marketing cooperatives, to its customers, which are primarily companies in the food processing industry located throughout the United States.

Trade receivables are uncollateralized customer obligations due under normal trade terms requiring payment within 15 to 90 days from the invoice date. The receivables are non-interest bearing. Trade receivables are stated at the amount billed to the customer. Payments of trade receivables are allocated to the specific invoices identified on the customer's remittance advice or, if unspecified, are applied to the earliest unpaid invoices.

Ongoing credit evaluations of customers' financial condition are performed and the Company maintains a reserve for potential credit losses. The carrying amount of trade receivables is reduced by a valuation allowance that reflects the Company's best estimate of the amounts that will not be collected.

## Inventories

Sugar, pulp, molasses and other agri-products inventories are valued at estimated net realizable value. Maintenance parts and supplies and sugarbeet seed inventories are valued at the lower of average cost or market. Sugarbeets are valued at the projected gross per-ton beet payment related to that year's crop.

## Net Property and Equipment

Property and equipment are recorded at cost. Indirect costs and construction period interest are capitalized as a component of the cost of qualified assets. Property and equipment are depreciated for financial reporting purposes principally using straight-line methods with estimated useful lives ranging from 3 to 45 years.

## Net Property and Equipment Held for Lease

Net property and equipment held for lease are stated at cost. Depreciation on assets placed in service is provided using the straight-line method over the estimated useful lives of the individual assets, ranging from 5 to 40 years.

## Impairment of Long-Lived Assets

The Company reviews its long-lived assets for impairment whenever events indicate that the carrying amount of the asset may not be recoverable. An impairment loss is recorded when the sum of the future cash flows is less than the carrying amount of the asset. An impairment loss is measured as the amount by which the carrying amount of the asset exceeds its fair value. There were no impairment losses incurred during the year.

## Related Parties

The following organizations are considered related parties for financial reporting purposes: United Sugars Corporation (United), Midwest Agri-Commodities Company (Midwest), and Crystech, LLC (Crystech).

## Investments

Investments in Golftek, ACH are stated at cost plus unredeemed patronage refunds received in the form of capital stock. Investments in marketing cooperatives and Crystech are accounted for using the equity method.

## Members' Investments

*Preferred and Common Stock* — The ownership of common and preferred stock is restricted to a "farm operator" as defined by the bylaws of the Company. Each shareholder may own only one share of common stock and is entitled to one vote in the affairs of the Company. Each shareholder is required to grow a specified number of acres of sugarbeets in proportion to the shares of preferred stock owned. The preferred shares are non-voting. All transfers of stock must be approved by the Company's Board of Directors and any shareholder desiring to sell stock must first offer it to the Company for repurchase at its par value. The Company has never exercised this repurchase option. The bylaws do not allow dividends to be paid on either the common or preferred stock.

*Unit Retains* — The bylaws authorize the Company's Board of Directors to require additional direct capital investments by members in the form of a variable unit retain per ton up to a maximum of 10 percent of the weighted average gross per ton beet payment. All refunds and retirements of unit retains must be approved by the Board of Directors.

*Equity Retention* — The Payment-in-Kind (PIK) Certificate Purchase Agreement authorizes the Company to require additional direct capital investments by members participating in the PIK program. The amount of the equity contribution is calculated per member (weighted on PIK certificates and is approximately equivalent (on a Company-wide average basis) to the unit retain declared by the Company on the corresponding year's sugarbeet crop. All refunds and retirements of equity retains must be approved by the Board of Directors.

*Accumulated Other Comprehensive Income (Loss)* — Accumulated Other Comprehensive Income (Loss) represents the cumulative net increase (decrease) in equity related to the recording of the minimum pension liability adjustment. Consistent with the Company's treatment of income taxes related to member-source income and expenses, accumulated income (loss) does not include any adjustment for income taxes.

*Retained Earnings (Accumulated Deficit)* — Retained earnings represents the net income (loss) resulting from non-member business and, for years prior to 1990, the difference between member income as determined by Golftek, ACH for financial reporting purposes and for federal income tax reporting purposes.

## Interest Expense, Net

The Company earns patronage dividends from Golftek, ACH based on the Company's share of the net income earned by Golftek, ACH. These patronage dividends are applied against interest expense.

## Income Taxes

The Company is now a non-exempt cooperative for federal income tax purposes. As such, the Company is subject to corporate income taxes on its net income from non-member sources. The provision for income taxes relates to the results of operations from non-member business, state income taxes and certain other permanent differences between financial and income tax reporting. The Company also has various temporary differences between financial and income tax reporting, most notably of which is depreciation.

Deferred tax assets, less any applicable valuation allowance, and deferred tax liabilities are included in the financial statements is currently earned income tax rates applicable to the period in which the deferred tax assets and liabilities are expected to be realized or settled.

## Accounting Estimates

The preparation of the financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amount of assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

## Business Risk

The financial results of the Company's operations may be directly and materially affected by many factors, including prevailing prices of sugar and agri-products, the Company's ability to market its sugar competitively, the weather, government programs and regulation, and costs and expenses.

## Recently Issued Accounting Pronouncements

The Financial Accounting Standards Board has issued an amendment to Financial Accounting Standards No. 132, Employers' Disclosures about Pensions and Other Post-Retirement Benefits. Such amendment requires additional disclosures to interim and annual financial statements but does not change the recognition requirements related to pensions and post-retirement benefits. This amendment became effective for the interim period ending May 31, 2004.

The Financial Accounting Standards Board (FASB) has issued FASB Staff Position (FSP) FAS 106-2, which provides accounting guidance related to the Medicare Prescription Drug, Improvement, and Modernization Act of 2003. This FSP becomes effective for the interim or annual period beginning after June 15, 2004. The Company has a post-retirement, or other, plan that provides certain health care benefits for eligible retirees and their spouses. Upon adoption of this FSP, management has considered whether the benefits provided under its medical coverage and provides its current prescription drug coverage. The Company has initially

determined that the plan is not actuarially equivalent to Medicare Part D and therefore expects that the application of this FSP will have no material effect on the amounts recorded for post-retirement benefits.

## Shipping and Handling Costs

The costs incurred for the shipping and handling of products sold are classified in the financial statements as a selling expense on the Statements of Operations. Shipping and handling costs were $127.8 million, $100.3 million and $99.9 million for the years ended August 31, 2004, 2005 and 2002, respectively.

## Reclassifications

Certain reclassifications have been made to the 2003 and 2002 financial statements to conform with the 2004 presentation. These reclassifications had no effect on previously reported results of operations or Members' Investments.

## (2) RECEIVABLES:

The Company did not have any customer that accounted for 10 percent or more of total receivables as of August 31, 2004 or 2005.

## (3) INVENTORIES:

The major components of inventories as of August 31, 2004 and 2005 are as follows:

| (In thousands) | 2004 | 2005 |
|---|---|---|
| Refined Sugar, Pulp, Molasses, Other Agri-Products and Sugarbeet Seed | $107,842 | $111,299 |
| Maintenance Parts and Supplies | 21,478 | 9,732 |
| Total Inventories | $129,320 | $120,991 |

## (4) NET PROPERTY AND EQUIPMENT:

Indirect costs capitalized were $11.1 million, $1.0 million and $7.7 million in 2004, 2005 and 2002, respectively. Construction period interest capitalized was $3.3 million, $3 million and $1.1 million in 2004, 2005 and 2002, respectively. Depreciation expense was $51.6 million, $44.0 million and $38.5 million in 2004, 2005 and 2002, respectively. The Company had outstanding commitments totaling $5.6 million as of August 31, 2004, for equipment and construction projects related to various capital projects.

## (5) NET PROPERTY AND EQUIPMENT HELD FOR LEASE:

ProGold owns a corn wet-milling facility that it leases under an operating lease which runs through December 31, 2007. Under the terms of the operating lease, the lessor manages all aspects of the operations of the ProGold corn wet-milling facility.

Net Property and Equipment Held for Lease are stated at cost, net of accumulated depreciation. The components of the Property and Equipment Held for Lease as of August 31, 2004 and 2003 are shown below:

| (In Thousands) | 2004 | 2003 |
|---|---|---|
| Land and Land Improvements | $ 7,799 | $ 7,763 |
| Buildings | 44,919 | 40,815 |
| Equipment | 199,361 | 198,366 |
| Construction in Progress | 519 | 461 |
| Less Accumulated Depreciation | (87,551) | (76,691) |
| Net Property and Equipment Held for Lease | $ 160,615 | $ 170,656 |

Future minimum payments to be received under the lease are as follows:

| Fiscal year ending August 31, (In Thousands) | |
|---|---|
| 2005 | $ 23,451 |
| 2006 | 23,451 |
| 2007 | 23,451 |
| 2008 | 8,093 |
| Total | $ 78,449 |

## (6) INVESTMENTS IN MARKETING COOPERATIVES:

The Company has a 59 percent ownership interest and a 25 percent voting interest in United. The investment is accounted for using the equity method. All sugar products produced are sold by United as an agent for the Company. The amounts of sales and related costs to be recognized for each year. United is allocated based on its pro rata share of sugar production for the year. The owners provide United with cash advances on an ongoing basis for operating and marketing expenses incurred by United. The Company had outstanding advances to United of $11.6 million and $6.5 million as of August 31, 2004 and 2003, respectively. The Company provides administrative services for United and is reimbursed for costs incurred. The Company was reimbursed $1.0 million, $1.0 million and $1.3 million for services provided during 2004, 2003 and 2002, respectively.

The Company has a 55 percent ownership interest and a 25 percent voting interest in Midwest. The investment is accounted for using the equity method. Substantially all ingredient pulp, molasses and other agri-products produced are sold by Midwest as an agent for the Company. The amount of sales and related costs to be recognized by each owner of Midwest is allocated based on its pro rata share of production for each product for the year. The owners provide Midwest with cash advances on an ongoing basis for operating and marketing expenses incurred by Midwest. The Company had outstanding advances (from) Midwest of $(4.0) million and $(1.4) million as of August 31, 2004 and 2003, respectively. The Company provides administrative services for Midwest and is reimbursed for costs incurred. The Company was reimbursed $112,000, $115,000 and $113,000 for services provided during 2004, 2005 and 2002, respectively. The owners of Midwest are guarantors of the short-term line of credit Midwest has with CoBank, ACB. As of August 31, 2004, Midwest had outstanding short-term debt with CoBank, ACB of $6.0 million, of which $1.4 million was guaranteed by the Company.

| As of August 31, (In Thousands) | 2004 | 2003 |
|---|---|---|
| Current Assets | $ 3,943 | $ 3,386 |
| Long-Term Assets | 43,644 | 56,193 |
| Total Assets | $ 47,586 | $ 59,579 |
| | | |
| Current Liabilities | $ 9,415 | $ 9,222 |
| Long-Term Liabilities | 21,901 | 33,387 |
| Total Liabilities | 743,716 | 43,069 |
| Members' Equity | 16,670 | 16,570 |
| Total Liabilities and Members' Equity | $ 47,586 | $ 59,579 |

| For the Years Ended (August 31, In Thousands) | 2004 | 2003 | 2002 |
|---|---|---|---|
| Revenue | $ 21,361 | $ 23,070 | $ 22,539 |
| Operating Expenses | 16,911 | 16,900 | 16,612 |
| Other Expenses | 3,306 | 5,956 | 5,957 |
| Net Income (Loss) | $ 1,144 | $ 1,114 | $ (608) |

## (7) CRYSTECH, LLC:

Crystech is a special purpose entity that operates a molasses desugarization facility at the Company's Hillsboro, North Dakota, sugar factory together with certain sugar processing equipment located at the Hillsboro, North Dakota and Moorhead, Minnesota, sugar factories. The Company controls 50 percent of Crystech and accounts for its investment using the equity method.

The Company has a 12-year tolling services agreement with Crystech whereby the Company pays for tolling services for processing significant molasses delivered to the facility, and the risk of loss of Crystech processes maintained by United. The tolling agreement may be terminated by the Company if the specified plant performance is not achieved and maintained.

During fiscal 2005, the $15.9 million of outstanding notes receivable issued to the Company from Crystech were converted into Preferred Equity. On a cumulative basis, the Company receives an annual allocation of Crystech's net income equal to 7.5 percent of the initial value of the Preferred Equity contribution or approximately $1.0 million. Interest income related to the previously outstanding notes receivable, formerly $1.0 million in 2003 and 2002. The Company also had outstanding payables to Crystech of approximately $3.5 million and $3.2 million as of August 31, 2004 and 2003, respectively related to the tolling services agreement. Following is summary financial information for Crystech:

## (8) LONG-TERM AND SHORT-TERM DEBT:

The long-term debt outstanding as of August 31, 2004 and 2003 is summarized below:

| (In Thousands) | 2004 | 2003 |
|---|---|---|
| Term Loan from CoBank, ACB, due in varying amounts through 2008, interest at fixed rates of 2.8% to 8.57%, with senior lien on substantially all non-current assets | $ 156,293 | $ 181,800 |
| Term loans from Insurance Companies, due in varying amounts from 2010 through 2028, interest at fixed rate of 8.78% to 7.62%, with senior lien on substantially all non-current assets | 65,714 | 64,335 |
| Pollution Control and Industrial Development Revenue Bonds, due in varying amounts through 2018, interest at fixed rate of 5.99% to 5.60% and a varying rate of 1.6% as of August 31, 2004, substantially secured by letters of credit | 43,011 | 43,271 |
| Term loan from Bank of North Dakota, due in equal amounts through 2005, interest at fixed rate of 3.59% and 6.34%, unsecured | 6,000 | 4,888 |
| Total Long-Term Debt | 271,018 | 298,204 |
| Less Current Maturities | (20,932) | (11,262) |
| Long-Term Debt, Net of Current Maturities | $ 250,086 | $ 286,932 |

Minimum annual principal payments for the next five years are as follows:

| (In Thousands) | |
|---|---|
| 2005 | $ 20,020 |
| 2006 | 25,447 |
| 2007 | 33,962 |
| 2008 | 74,477 |
| 2009 | 20,592 |

As of August 31, 2004, the unused portion of the term loan line of credit with Gotham, ACB, was $42.1 million.

The short-term debt outstanding as of August 31, 2004 and 2005 is summarized below.

| (In Thousands) | 2004 | 2005 |
|---|---|---|
| Commercial Paper, at fixed interest rate of 3.74%, due 9/04 | $ 30,199 | $ 49,909 |

During the year ended August 31, 2004, the Company borrowed from Gotham 8, ACB, the Commodity Credit Corporation and issued commercial paper to meet its short-term borrowing requirements. As of August 31, 2004, the Company had available short-term lines of credit totaling $259.9 million.

Maximum borrowings, average borrowing levels and average interest rates for short-term debt for the years ended August 31, 2004 and 2005, follow:

| (In Thousands, Except Interest Rates) | 2004 | 2005 |
|---|---|---|
| Maximum Borrowings | $ 271,952 | $ 199,532 |
| Average Borrowing Levels | 146,141 | 113,142 |
| Average Interest Rates | 1.69% | 1.88% |

The terms of the loan agreements contain certain prepayment penalties along with certain covenants related to, among other matters, the level of working capital, ratio of term liabilities to members' investment, current ratio, level of term debt to net funds generated, and investment in ACB. ACB stock in amounts prescribed by the bank. Substantially all non-current assets are pledged to the senior lenders to provide security to support the Company's term and long-term financing. As of August 31, 2004, the Company was in compliance with the terms of the loan agreements.

Interest paid, net of amounts capitalized, was $21.1 million, $17.3 million and $15.0 million for the years ended August 31, 2004, 2003 and 2002, respectively.

The Company had outstanding letters of credit totaling $47.9 million as of August 31, 2004.

## (9) EMPLOYEE BENEFIT PLANS:

### Company-Sponsored Defined Benefit Pension and Other Post-Retirement Benefit Plans

Substantially all employees who meet eligibility requirements of age and length of service are covered by Company-sponsored retirement plan. As of August 31, 2004, the pension plans were funded as required by the funding standards set forth by the Employee Retirement Income Security Act (ERISA). The Company also has a non-qualified supplemental executive retirement plan for certain employees.

The following schedule reflects the percentage of pension plan assets by asset class as of the latest measurement time, May 31, 2004:

| Asset Class | Target Range | Actual Allocation |
|---|---|---|
| Large U.S. Stocks | 30.0%–40.0% | 31.5% |
| Small U.S. Stocks | 17.5%–25.5% | 21.2% |
| Non-U.S. Stocks | 17.5%–27.5% | 24.6% |
| U.S. Bonds | 16.5%–26.5% | 22.5% |
| Cash | 0.0%–5.0% | 0.0% |

The Investment Committee has the responsibility of managing the operations and administration of American Crystal Sugar Company's retirement plans and the risk characteristics associated with the investment policy for the pension plan assets that establishes target asset allocation as shown above. The Investment Committee is committed to diversification to reduce the risk of large losses. To that end, the Investment Committee has adopted policies requiring that each asset class will be diversified and equity exposure will be limited to 85% of the total portfolio value. The stated goal for each component of the plan is to earn a rate of return greater than its corresponding benchmark. Progress of the plan against its return objective will be measured over a full market cycle.

To develop the expected long-term rate of return on assets assumption, the Company considered the historical returns and the future expectations for returns for each asset class, as well as, the target asset expectations long-term rate of return on assets assumption. This resulted in the selection of the 8.75% long-term rate of return on assets assumption.

The following schedule reflects the expected pension benefit payments during each of the next five years and the aggregate for the following five years:

| (In Thousands) | Expected Benefit Payments |
|---|---|
| 2005 | $ 4,093 |
| 2006 | 4,236 |
| 2007 | 4,599 |
| 2008 | 4,775 |
| 2009 | 5,906 |
| 2010–2014 | 30,664 |
| Total | $ 53,329 |

The following schedules provide the components of the Net Periodic Pension and Post-Retirement Costs for the years ended August 31, 2004, 2003 and 2002:

#### Components of Net Periodic Pension Cost

| (In Thousands) | 2004 | 2003 | 2002 |
|---|---|---|---|
| Service Cost | $ 2,772 | $ 3,271 | $ 1,978 |
| Interest Cost | 6,017 | 5,738 | 5,407 |
| Expected Return on Plan Assets | (5,960) | (5,616) | (5,773) |
| Analyst Employer Adjustment | (543) | (96) | (81) |
| Amortization of Net Transition Asset | (12½) | (124) | (200) |
| Amortization of Prior Service Costs | 544 | 544 | 581 |
| Amortization of Net Loss | 144 | 862 | 267 |
| Net Periodic Pension Cost | $ 4,906 | $ 3,739 | $ 1,599 |

#### Components of Net Periodic Post-Retirement Cost

| (In Thousands) | 2004 | 2003 | 2002 |
|---|---|---|---|
| Service Cost | $ 1,233 | $ 814 | $ 795 |
| Interest Cost | 1,914 | 1,457 | 1,312 |
| Amortization of Net (Gain) Loss | +98 | 20 | (66) |
| Net Periodic Post-Retirement Cost | $ 3,645 | $ 2,291 | $ 2,041 |

For measurement purposes, an 11.0 percent annual rate of increase in the per capita cost of covered healthcare benefits for participants under age 65 was assumed for 2005. The rate is assumed to decline to 6.0 percent over the next five years. For participants age 65 and older, a 11.0 percent annual rate of increase in the per capita cost of covered healthcare benefits was assumed for 2005. The rate is assumed to decline to 9.0 percent over the next five years.

Assumed healthcare trends can have a significant effect on the amounts reported for healthcare plans. A one percent change in the assumed healthcare trend rates would have the following effects:

| (In Thousands) | 1% Increase | 1% Decrease |
|---|---|---|
| Effect on total service and interest cost components of net periodic post-retirement benefit costs | $ 735 | $ (525) |
| Effect on the accumulated post-retirement benefit obligation | $ 5,273 | $ (4,244) |

The Company expects to contribute approximately $6.0 million to the pension plans during the next fiscal year.

The Company has a medical plan and a Medicare supplement plan which are available to union retirees and certain non-union retirees. The cost of these plans are shared by the Company and plan participants.

The following schedules set forth a reconciliation of the changes in the plan's benefit obligation and fair value of assets for the years ending August 31, 2004 and 2003 and a statement of the funded status and amounts recognized in the Balance Sheets as of August 31, 2004 and 2003:

| (In Thousands) | Pension | | Post-Retirement | |
|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 |
| **Change in Benefit Obligations** | | | | |
| Obligation at the Beginning of the Year | $ 94,679 | $ 78,339 | $ 31,540 | $ 18,156 |
| Service Cost | 2,772 | 2,271 | 1,275 | 781 |
| Interest Cost | 6,017 | 5,778 | 1,941 | 1,532 |
| Plan Participants Contributions | — | — | 712 | 645 |
| Actuarial (Gain) Loss | (6,641) | 16,568 | — | 980 |
| Benefits Paid | (4,651) | (3,807) | (1,955) | 10,597 |
| Obligation at the End of the Year | $ 93,926 | $ 94,679 | $ 33,110 | (871) |
| | | | | $ 31,540 |
| **Change in Plan Assets** | | | | |
| Fair Value of Plan Assets at the Beginning of the Year | $ 73,992 | $ 66,771 | $ — | $ — |
| Actual Return on Plan Assets | 12,973 | (3,096) | — | — |
| Employer Contributions | 1,726 | 4,135 | 713 | 645 |
| Plan Participants Contributions | — | — | 532 | 336 |
| Benefits Paid | (4,651) | (3,807) | (1,215) | (871) |
| Fair Value at the End of the Year | $ 84,107 | $ 73,992 | $ — | $ — |
| **Funded Status** | | | | |
| Funded Status at August 31, | $ 4,171 | $ (24,987) | $ (34,143) | $ (31,540) |
| Unrecognized Net Transition Asset | (31) | (145) | — | — |
| Unrecognized Accrued Actuarial Loss | 37,315 | 6,135 | 6,640 | 9,171 |
| Unrecognized Prior Service Cost | 1,724 | 2,279 | — | — |
| Adjustment for Multiple Employer Plan | (9) | (348) | — | — |
| Net Amount Recognized | $ 54,195 | $ 19,351 | $ (27,503) | $ (22,369) |
| **Amounts Recognized in the Balance Sheets** | | | | |
| Prepaid Benefit Cost | $ 35,660 | $ 10,713 | | |
| Accrued Benefit Liability | (5,995) | (5,464) | $ (27,503) | $ (22,369) |
| Intangible Asset | 52 | 765 | | |
| Accumulated Other Comprehensive Loss | 856 | 11,800 | | |
| Net Amount Recognized | $ 54,195 | $ 19,351 | $ (27,503) | $ (22,369) |

Changes in Additional Minimum Liability (for the current years):

| | Pension | |
|---|---|---|
| | 2004 | 2003 |
| Other Comprehensive Income | $ 11,524 | |
| Intangible Asset Decrease | $ (731) | |
| Accrued Pension Liability Decrease | $ 12,255 | |

The assumptions used in the measurement of the Company's benefit obligations are shown below:

Weighted Average Assumptions as of August 31,

| | Pension | | Post-Retirement | |
|---|---|---|---|---|
| | 2004 | 2003 | 2004 | 2003 |
| Discount Rate | 6.44% | 6.17% | 6.44% | 6.17% |
| Expected Return on Plan Assets | 8.25% | 8.25% | N/A | N/A |
| Rate of Compensation Increase (Non-Union Plans Only) | 3.5% | 3.5% | N/A | N/A |

**Long-Term Incentive Plans**

The Long-Term Incentive Plan provides deferred compensation to certain key executives of the Company. The plan creates financial incentives that are based upon contract rights which are available to the executive under the terms of the plan, the value of which is related to the value of preferred shares of the Company as determined by the Board of Directors. In fiscal 2004, 316.69 contract rights were granted at a stated value of $1,792 per contract right or a total stated value of $554,211. As of August 31, 2004, there were 1,673.3 rights, at a stated value of $2.9 million, issued and outstanding, 1,089.69 of which were vested.

**Defined Contribution Plans**

The Company has qualified 401(k) plans for all eligible employees. The plans provide for immediate vesting of benefits. Participants may contribute a percentage of their gross earnings each year period as provided in the participation agreement. The Company matches the non-union and eligible union year-round participants' contributions up to 4 percent and 2 percent respectively, of their gross earnings. The Company's contributions to these plans totaled $1.6 million, $1.6 million and $1.5 million for the years ended August 31, 2004, 2003 and 2002, respectively.

**(10) MEMBERS' INVESTMENTS:**

The following schedule details the Preferred Stock and Common Stock as of August 31, 2004, 2003 and 2002:

| | Per Value | Shares Authorized | Shares Issued & Outstanding |
|---|---|---|---|
| **Preferred Stock:** | | | |
| August 31, 2004 | $76.77 | 600,000 | 498,570 |
| August 31, 2003 | $76.77 | 600,000 | 498,570 |
| August 31, 2002 | $76.77 | 600,000 | 498,570 |
| **Common Stock:** | | | |
| August 31, 2004 | $10.00 | 4,000 | 2,873 |
| August 31, 2003 | $10.00 | 4,000 | 2,595 |
| August 31, 2002 | $10.00 | 4,000 | 3,035 |

The Company received $4.0 million, $5.2 million and $5.8 million in 2004, 2003 and 2002, respectively related to the 1997 stock offering. The $4.0 million received in 2004 was the final amount due from the 1997 stock offering.

**(11) SIDNEY SUGARS INCORPORATED:**

On October 7, 2002, the Company, through Sidney Sugars, acquired three significant processing facilities and the related marketing allocations associated with such facilities for a purchase price of approximately $55.5 million. Sidney Sugars operates the facility located at Sidney, Montana. The facility located in Torrington, Wyoming, has been leased, on a long-term basis, to another sugar producer. The lease agreement due under the long-term lease are nominal. The facility located in Hereford, Texas, was sold in July 2004. As part of the acquisition transaction, the Company acquired the rights to marketing allocations equal to approximately 4.6 percent of the total allocation for the domestic significant segment. A portion of these marketing allocations are being used to market the sugar produced at the Sidney, Montana, facility. Any excess allocations are available to the Company. The sugar produced by Sidney Sugars is marketed through limited while substantially all the agri-products produced are marketed through Midwest.

**(12) CRAB CREEK SUGAR COMPANY:**

On September 3, 2003, the Company, through its wholly-owned subsidiary Crab Creek Sugar Company (Crab Creek), acquired all of the assets of Pacific Northwest Sugar Company (PNSC) and certain assets of Central Leasing of Washington, LLC (Central Leasing) of approximately $6.16 million, a certain factory previously operated by PNSC and associated with PNSC, located at Moses Lake, Washington, respectively. The sugar factory previously operated by PNSC and certain of the sugar production assets owned by Central Leasing associated with the Moses Lake, Washington, sugarbeet factory for a purchase price of approximately $6.7 million. In addition, Crab Creek entered into various contracts with Central Leasing such that Crab Creek controls the long-term production of sugar at the Moses Lake, Washington, facility. In connection with this acquisition, the United States Department of Agriculture (USDA) transferred the sugar marketing allocations formerly allocated to PNSC. Neither Crab Creek nor the Company intends to operate the Moses Lake, Washington, facility.

**(13) PROGOLD LIMITED LIABILITY COMPANY:**

Effective May 1, 2005, the Company acquired Minn-Dak Farmers Cooperative's five percent ownership interest in ProGold for $10.5 million. This acquisition resulted in an increase in the Company's ownership in ProGold to 51 percent, which gives the Company effective control to own 49 percent. Due to the Company's resulting controlling ownership interest in ProGold, the Company began to consolidate ProGold in its financial statements as of May 1, 2005. Following is summary financial information for ProGold prior to consolidation:

| (In Thousands) | For the Eight Months Ended April 30, 2005 | For the Year Ended August 31, 2004 | For the Year Ended August 31, 2002 |
|---|---|---|---|
| **Rental Revenue** | | | |
| Net Operating Expense | $ 17,016 | $ 24,945 | $ 24,581 |
| | 12,751 | 19,369 | 18,681 |
| Net Income | $ 4,375 | $ 5,976 | $ 5,900 |

## (14) SEGMENT REPORTING:

The Company has identified two reportable segments: Sugar and Leasing.

The sugar segment is engaged primarily in the production and marketing of sugar from sugarbeets. It also sells agri-produce and sugarbeet seed.

The leasing segment is engaged in the leasing of corn wet milling plant used in the production of high-fructose corn syrup sweetener.

The segments are managed separately. There are no inter-segment sales. The leasing segment has a major customer that accounts for all of that segment's revenue.

Summarized financial information concerning the Company's reportable segments is shown below.

**For the Year Ended August 31, 2004**

| (In Thousands) | Sugar | Leasing | Consolidated |
|---|---|---|---|
| Net Revenue from: | | | |
| External Customers | $ 1,007,251 | 25,937 | 1,033,088 |
| Gross Revenue | 680,854 | 13,866 | 694,720 |
| Depreciation and Amortization | 55,809 | 11,026 | 56,835 |
| Interest Income | 363 | 6 | 369 |
| Interest Expense | 13,822 | 6,327 | 20,149 |
| Income from Equity Method Investees | 286 | — | 286 |
| Other Income (Expense), Net | 3,206 | (109) | 3,097 |
| Net Periodic | 465,790 | 7,332 | 473,132 |
| Capital Expenditures | 30,045 | 1,119 | 31,164 |

**For the Year Ended August 31, 2003**

| (In Thousands) | Sugar | Leasing | Consolidated |
|---|---|---|---|
| Net Revenue from: | | | |
| External Customers | 829,606 | 8,640 | 829,246 |
| Gross Revenue | 553,756 | 4,659 | 558,415 |
| Depreciation and Amortization | 44,687 | 5,667 | 48,354 |
| Interest Income | 1,559 | 1,328 | 1,528 |
| Interest Expense | 14,582 | 2,289 | 16,871 |
| Income from Equity Method Investees | 4,873 | — | 4,873 |
| Other Income (Expense), Net | | | 3,594 |
| Net Periodic | 359,576 | 2,332 | 361,902 |
| Capital Expenditures | 46,783 | 400 | 47,183 |

**As of August 31, 2004**

| (In Thousands) | Sugar | Leasing | Consolidated |
|---|---|---|---|
| Property and Equipment, Net | $ 350,540 | 2 | 350,542 |
| Items Held for Lease, Net | $ — | 160,663 | 160,663 |
| Segment Assets | 669,106 | 172,140 | 832,326 |

**As of August 31, 2003**

| (In Thousands) | Sugar | Leasing | Consolidated |
|---|---|---|---|
| Property and Equipment, Net | $ 342,807 | 2 | 342,811 |
| Items Held for Lease, Net | $ — | 170,666 | 170,666 |
| Segment Assets | 627,160 | 182,591 | 809,751 |

The Company had only one reportable segment, Sugar, for the year ended August 31, 2002.

## (15) FAIR VALUE OF FINANCIAL INSTRUMENTS:

The fair value of financial instruments is generally defined as the amount at which the instrument could be exchanged in a current transaction between willing parties, other than in a forced liquidation sale. Quoted market prices are generally not available for the Company's financial instruments. Fair values are based on judgments regarding anticipated cash flows, future expected loss experience, current economic conditions, risk characteristics of various financial instruments and other factors. These estimates involve uncertainties and matters of judgment, and therefore, cannot be determined with precision. Changes in assumptions could significantly affect the estimates.

*Long-Term Debt* — Based upon current borrowing rates with similar maturities, the fair value of the long-term debt is approximately $281.3 million in comparison to the carrying value of $271.0 million.

*Investments in CoBran®, ACR, Investments in Midwest Agri-Commodities, and Investments in Crystech, LLC* — The Company believes it is not practical to estimate the fair value of these investments without incurring excessive cost because there is no established market for these securities and equity interests, and it is inappropriate to estimate future cash flows which are largely dependent on future earnings of these organizations.

## (16) PAYMENT-IN-KIND PROGRAM:

Under the USDA Payment-in-Kind (PIK) program, the Company's members were paid to destroy a portion of their 2001 sugarbeet crop. Payments to the Company's members were made by the USDA in the form of PIK certificates to be exchanged for government owned sugar. The Company entered into contracts with its members to purchase the PIK certificates they received from the USDA and to reduce the members' delivery obligations to the Company to the extent sugarbeets were delivered under the PIK program. The purchase price for the PIK certificates reflected an allocation of the Company's fixed costs to account for the reduction of sugarbeets available for processing.

As a result of the PIK program, the 2001 sugarbeet crop harvested by the Company's members was reduced by approximately 29,000 acres. The PIK certificates received were exchanged for approximately 1.2 million hundredweight of sugar during fiscal 2002.

## (17) INCOME TAXES:

Total income tax payments (refunds) were $(69,810), ($115,710), and $(15,600) in the years ended August 31, 2004, 2003 and 2002, respectively.

As of August 31, 2004, the Company had accumulated approximately $15.4 million of net operating loss carry-forwards for income tax reporting purposes. The net operating loss carry-forwards expire in the years 2018 through 2022. The Company's deferred tax liability as of August 31, 2004 and 2003 is reflected below.

| (In Thousands) | 2004 | 2005 |
|---|---|---|
| Deferred Tax Assets Related to Net Earnings Reduced to Future Earnings/Losses Carry-Forwards | $ 11,000 | $ 10,140 |
| Deferred Tax Liability Related to Temporary Differences | 15,300 | 11,540 |
| | $ 2,300 | 2,200 |
| Net Deferred Tax Liability | | |

A reconciliation of the Company's effective tax rates for the years ended August 31, 2004, 2003 and 2002 is shown below.

| | 2004 | 2005 | 2002 |
|---|---|---|---|
| Deferred Tax Expense at Statutory Rate | 35.0% | 35.0% | 35.0% |
| State Tax Expense at Statutory Rate | 6.0% | 6.0% | 6.0% |
| Permanent Differences | (41.1)% | (41.1)% | (41.1)% |
| Other, Net | 0.5% | 0.5% | 0.5% |
| Effective Tax Rate | 0.1% | 0.1% | 0.1% |

## (18) ENVIRONMENTAL MATTERS:

The Company is subject to extensive federal and state environmental laws and regulations with respect to water and air quality, solid waste disposal and odor and noise control. The Company conducts an ongoing compliance program designed to monitor its environmental compliance with applicable environmental laws and regulations. The Company believes that it is in substantial compliance with applicable environmental laws and regulations. From time to time, however, the Company may be involved in investigations or determinations regarding non-material matters that may arise.

On May 31, 2005, Sidney Sugars received an Enforcement Action for Air Quality Violation letter from the Montana Department of Environmental Quality for alleged violations of allowed particulate emissions at the Sidney, Montana, facility. On December 5, 2003, the Montana Department of Environmental Quality and Sidney Sugars entered into an Administrative Order on General (Consent Order) resolving this matter. The Consent Order, among other matters, required Sidney Sugars to pay an administrative civil penalty of $52,104. The seller of the Sidney, Montana, factory has indemnified Sidney Sugars for the amounts that were payable for this action.

The Company is currently conducting an environmental remediation plan at its Moorhead and Crookston, Minnesota, factories and at its Drayton, North Dakota, factory. The total cost of this plan is approximately $2.4 million of which $ .5 million was recognized in fiscal 2005 and $1.9 million was recognized in fiscal 2002.

## Distribution of Net Proceeds

For the Years Ended August 31

(In Thousands, Except Per Ton Purchased and Per Acre Harvested Amounts)
(Our General Report of Independent Registered Public Accounting Firm)

| | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net Proceeds** | $ 473,122 | $ 361,902 | $ 398,588 | $ 389,039 | $ 358,373 | $ 369,681 | $ 313,007 | $ 373,649 | $ 316,244 | $ 316,693 |
| Unit Retains, Including Equity Retention | (1,249) | (5,799) | (23,497) | (26,067) | 1,879 | 494 | 9,629 | 18,074 | 396 | 15 |
| Non-Member (Income) Loss | — | — | 733 | 1,884 | — | — | — | — | — | — |
| **Member Gross Beet Payment** | 668,882 | 556,103 | 375,824 | 362,856 | 360,252 | 370,175 | 322,666 | 391,723 | 316,640 | 316,708 |
| Unit Retains | (29,991) | (17,486) | (24,154) | (19,259) | (19,299) | (21,332) | (8,565) | (16,611) | (16,040) | (16,640) |
| Member Tax Adjustments, Net | — | — | | | | | | | | 5,601 |
| **Member Net Beet Payment** | $ 438,891 | $ 538,617 | $ 351,670 | $ 343,617 | $ 340,955 | $ 348,843 | $ 314,141 | $ 375,112 | $ 300,600 | $ 315,681 |
| **Per Ton Purchased:** | | | | | | | | | | |
| **Net Proceeds** | $ 47.39 | $ 41.36 | $ 49.47 | $ 40.62 | $ 37.11 | $ 34.62 | $ 36.60 | $ 44.95 | $ 39.39 | $ 39.21 |
| PIR Payment, Including Equity Retention | (0.43) | (0.66) | (2.92) | (2.92) | 0.20 | 0.05 | 1.13 | 2.17 | 0.05 | 0.00 |
| Non-Member (Income) Loss | — | — | 0.09 | 0.20 | | | | | | |
| **Member Gross Beet Payment** | 46.86 | 40.70 | 46.64 | 37.70 | 37.31 | 34.67 | 37.73 | 47.12 | 39.44 | 39.21 |
| Unit Retains | (3.00) | (2.00) | (3.00) | (2.00) | (2.00) | (2.00) | (1.00) | (2.00) | (2.00) | (2.00) |
| Member Tax Adjustments, Net | — | — | | | | | | | | 0.68 |
| **Member Net Beet Payment** | $ 43.86 | $ 38.70 | $ 43.64 | $ 35.70 | $ 35.31 | $ 32.67 | $ 36.73 | $ 45.12 | $ 37.44 | $ 37.89 |
| **Member Tons Harvested** | 10,006 | 8,749 | 8,058 | 9,636 | 9,657 | 10,679 | 8,555 | 8,313 | 8,029 | 8,332 |
| **Member Gross Beet Payment Per Acre Harvested** | $ 945.46 | $ 711.06 | $ 829.48 | $ 820.68 | $ 740.84 | $ 769.01 | $ 699.05 | $ 854.11 | $ 737.60 | $ 790.64 |
| **Member Net Beet Payment Per Acre Harvested** | $ 884.99 | $ 676.15 | $ 776.17 | $ 777.17 | $ 701.15 | $ 724.69 | $ 680.62 | $ 817.80 | $ 700.04 | $ 763.95 |

Gross Beet Payment (MILLIONS of dollars)

Gross Beet Payment Per Average Ton (DOLLARS per ton)

Net Beet Payment (MILLIONS of dollars)

Net Beet Payment Per Average Ton (DOLLARS per ton)

## Selected Financial Data and Certain Statistics

For the Years Ended August 31
(In Thousands, Except Ratios, Per-Acre Harvested and Percentage Amounts)
(Not Covered by Report of Independent Registered Public Accounting Firm)

| | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 | 1996 | 1995 |
|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $ 1,033,088 | $ 859,246 | $ 775,288 | $ 866,562 | $ 731,432 | $ 843,966 | $ 646,625 | $ 677,004 | $ 588,012 | $ 605,960 |
| Total Assets | $ 874,526 | $ 809,751 | $ 622,695 | $ 643,645 | $ 730,719 | $ 667,824 | $ 648,118 | $ 581,504 | $ 465,156 | $ 626,090 |
| Members' Investments | $ 303,426 | $ 270,346 | $ 268,667 | $ 255,660 | $ 249,336 | $ 241,286 | $ 224,843 | $ 175,928 | $ 152,136 | $ 142,047 |
| Long-Term Debt, Net of Current Maturities | $ 250,086 | $ 286,922 | $ 182,571 | $ 201,416 | $ 230,905 | $ 233,135 | $ 194,695 | $ 186,800 | $ 177,394 | $ 106,914 |
| Ratio of Debt to Equity | .82:1 | 1.06:1 | .68:1 | .79:1 | .92:1 | .97:1 | .87:1 | 1.06:1 | 1.17:1 | .75:1 |
| Interest Expense, Net | $ 20,149 | $ 16,871 | $ 14,578 | $ 19,973 | $ 22,645 | $ 21,560 | $ 14,390 | $ 18,531 | $ 11,252 | $ 14,532 |
| Property and Equipment Additions, Net of Retirements | $ 50,347 | $ 46,578 | $ 15,281 | $ 21,851 | $ 42,808 | $ 58,693 | $ 98,992 | $ 69,542 | $ 43,166 | $ 48,394 |
| Depreciation and Amortization | $ 56,855 | $ 48,354 | $ 40,389 | $ 40,427 | $ 37,562 | $ 34,334 | $ 36,870 | $ 24,188 | $ 20,314 | $ 28,174 |
| Working Capital | $ 58,673 | $ 49,572 | $ 58,282 | $ 45,341 | $ 53,613 | $ 56,733 | $ 30,357 | $ 45,652 | $ 33,071 | $ 28,046 |
| **Red River Valley Statistics — Member Business** | | | | | | | | | | |
| Acres Harvested | 496 | 501 | 453 | 442 | 466 | 481 | 462 | 459 | 429 | 413 |
| Tons Harvested | 10,006 | 8,749 | 8,058 | 9,626 | 9,657 | 10,679 | 8,553 | 8,313 | 8,039 | 8,332 |
| Tons Purchased per Acre Harvested | 20.2 | 17.5 | 17.8 | 21.8 | 19.9 | 22.2 | 18.5 | 18.1 | 18.7 | 20.2 |
| Sugar Content of Sugarbeets | 18.5% | 17.0% | 18.0% | 17.8% | 17.4% | 17.7% | 17.8% | 17.3% | 16.4% | 16.8% |
| Sugar Hundredweight | | | | | | | | | | |
| Produced | 30,983 | 24,527 | 25,595 | 30,034 | 26,646 | 25,453 | 21,528 | 22,465 | 19,947 | 21,369 |
| Sold, Excluding Purchased Sugar (A) | 30,959 | 24,991 | 26,806 | 32,445 | 24,756 | 27,552 | 21,735 | 20,579 | 23,179 | 19,702 |
| Pulp Tons | | | | | | | | | | |
| Produced | 508 | 429 | 407 | 475 | 464 | 482 | 431 | 438 | 461 | 443 |
| Sold | 499 | 428 | 440 | 456 | 460 | 564 | 432 | 396 | 585 | 465 |
| Molasses Tons | | | | | | | | | | |
| Produced | 100 | 89 | 54 | 91 | 184 | 362 | 248 | 252 | 250 | 200 |
| Sold | 98 | 76 | 42 | 90 | 189 | 397 | 219 | 222 | 253 | 196 |
| CSB Tons | | | | | | | | | | |
| Produced | 165 | 166 | 151 | 183 | 156 | 77 | 92 | 85 | 90 | 85 |
| Sold | 167 | 149 | 154 | 175 | 154 | 81 | 77 | 78 | 87 | 85 |
| (A) Purchased Sugar Hundredweight/weight Sold | 33 | 465 | 288 | 3 | 230 | 798 | 901 | 869 | 490 | 509 |

Net Revenue (MILLIONS of dollars)

Member Investments (MILLIONS of dollars)

Long-Term Debt and Debt/Equity (MILLIONS of dollars)

Capital Expenditures, Net of Retirements (MILLIONS of dollars)

Tons Purchased Per Acre Harvested (TONS per acre)

Sugar Content of Sugarbeets (percent)

Board of Directors and Senior Management



American
Crystal
Sugar
Company

American Crystal's Board of Directors is composed of shareholders representing the Company's factory districts. Three directors are elected from each of the five districts. New directors from the shareholder base are elected by American Crystal shareholders tfor three-year terms that cannot exceed 12 consecutive years] during the annual factory district meetings each November. Additionally, a chairman is elected after the Company's annual meeting each year. This process provides continuous transition in the Board's structure, as each new member brings a fresh perspective to enhance the Company's strategic growth.



Michael Astrup
Director – Moorhead Factory District



James Horvath
President and Chief Executive Officer



Patrick Weber
Director – Drayton Factory District

G. Terry Stinstad
Vice Chairman – East Grand Forks Factory District

David Berg
Vice President – Operations and Chief Operations Officer

Brian Ingsrud
Vice President – Administration

Jeff McInnes
Director – Hillsboro Factory District

Joseph Talley
Vice President – Finance and Chief Financial Officer




Richard Borgen
Director – Moorhead Factory District



Leon Kitzl
Director – Crookston Factory District

Daniel Mott
Secretary and General Counsel

Thomas Astrup
Vice President – Agriculture






Curtis Haugen
Director – East Grand Forks Factory District

John Gudajtes
Director – East Grand Forks Factory District




Francis Kritzberger
Director – Hillsboro Factory District

David Kragnes
Director – Moorhead Factory District





Jim Ross
Director – Crookston Factory District

Ronald Achenbach
Director – Crookston Factory District




Neil Widner
Director – Drayton Factory District
Jerry Stiker
Director – Hillsboro Factory District (not pictured)

Robert Yvedson
Chairman – Drayton Factory District







## Corporate Data

American Crystal Sugar Company



101 North Third Street, Moorhead, Minnesota 56560
www.crystalsugar.com

# EXHIBIT 5

U.S. Sugar Corp



| COMPANY | SUGAR | CITRUS | TECHNOLOGY | ENVIRONMENT | NEWS | PRESS ROOM | CAREERS |

Home > Company > A Family of Agribusnesses

# A FAMILY OF AGRIBUSINESSES

Company History
Corporate Values
Service to Community
Growers
Contact U.S. Sugar Corp.
Site Map
Home

## A Family of Agribusinesses

United States Sugar Corporation is one of America's premier, privately held agribusiness companies. With state-of-the-art technology for both sugar refining and citrus processing, U.S. Sugar practices the most efficient and progressive farming techniques available in the world. Vertical integration provides U.S. Sugar a direct connection from the farm to the marketplace while maintaining the highest standards for worker safety, food quality and environmental protection. Headquartered in Clewiston, Florida, the Company farms on 196,000 acres in Hendry, Glades and Palm Beach counties in South Central Florida.



U.S. Sugar is the country's largest producer of cane sugar -- some 700,000 tons each year. The addition of a sugar refinery in 1998 allows the company to refine the raw sugar that it produces -- sugar that previously was shipped to out-of-state refineries for processing.

The Company's other main business, Southern Gardens Citrus, is one of Florida's largest producers of oranges and orange juice products. It produces more than 120 million gallons of orange juice annually.

U.S. Sugar carries on the philosophy of its founder, Charles Stewart Mott, in giving back to the community. The Company donates each year to education, youth activities, the arts, health and environmental organizations and community activities.

Copyright ©2001-2005 United States Sugar Corporation. All Rights Reserved.
Web Design by Wragg & Casas Public Relations