IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| McNEIL NUTRITIONALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-069-GMS |
| | ) | |
| THE SUGAR ASSOCIATION, THE AMALGAMATED SUGAR COMPANY, AMERICAN CRYSTAL SUGAR COMPANY, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGAR REFINING, INC., ATLANTIC SUGAR ASSOCIATION, HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE, IMPERIAL SUGAR COMPANY, MICHIGAN SUGAR COMPANY, MINN-DAK FARMERS COOPERATIVE, OKEELANTA CORPORATION, OSCEOLA FARMS COMPANY, RIO GRANDE VALLEY SUGAR GROWERS, INC., SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES SUGAR CORPORATION, WESTERN SUGAR COOPERATIVE, WYOMING SUGAR LLC, AMERICAN SUGARBEET GROWERS ASSOCIATION, and QORVIS COMMUNICATIONS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 15th day of April, 2005, **PLAINTIFF'S FIRST SET OF REQUESTS TO DEFENDANT QORVIS COMMUNICATIONS, LLC FOR THE PRODUCTION OF DOCUMENTS AND THINGS** was served upon the following counsel of record at the address and in the manner indicated:

Richard L. Horwitz, Esq.                                    HAND DELIVERY
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801

James P. Murphy, Esq.                                       VIA FEDERAL EXPRESS
Squire, Sanders & Dempsey LLP
1201 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC 20004

Adam R. Fox, Esq.                                           VIA FEDERAL EXPRESS
Squire, Sanders & Dempsey LLP
801 South Figueroa Street
Suite 1400
Los Angeles, CA 90017

                                                         ASHBY & GEDDES

                                                         /s/ *John G. Day*

                                                         _____
                                                         Steven J. Balick (#2114)
                                                         John G. Day (#2403)
                                                         222 Delaware Avenue, 17th Floor
                                                         P.O. Box 1150
                                                         Wilmington, Delaware 1989
                                                         302-654-1888
                                                         sbalick@ashby-geddes.com
                                                         jday@ashby-geddes.com

                                                         *Attorneys for McNeil Nutritionals, LLC*

*Of Counsel:*

Steven A. Zalesin
Clay J. Pierce
Jeffrey D. Rotenberg
Jennifer L. Higgins
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Donna Malin
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08543

Dated: April 18, 2005
155211.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| James P. Murphy, Esq.<br>Squire, Sanders & Dempsey LLP<br>1201 Pennsylvania Avenue, N.W.<br>Suite 500<br>Washington, DC 20004 | VIA FEDERAL EXPRESS |
| Adam R. Fox, Esq.<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street<br>Suite 1400<br>Los Angeles, CA 90017 | VIA FEDERAL EXPRESS |

/s/ John G. Day
_____
John G. Day