IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| McNEIL NUTRITIONALS, LLC | ) | |
| | ) | |
| v. | ) | C.A. No. 05-69 (GMS) |
| | ) | |
| THE SUGAR ASSOCIATION, et al. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Charles D. Tobin to represent Defendant Qorvis Communications, LLC in this matter.

Signed: _/s/ Sarah E. DiLuzio_

(Movant's Name and Delaware State
  Bar Identification Number): Sarah E. DiLuzio (DSB Id No. 4085)
(Movant's Address): POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(Movant's Telephone Number): (302) 984-6000

Attorney for: Defendant Qorvis Communications, LLC

Date: 4/28/05

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5,1 certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05,1 further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *Charles D. Tobin*

Date: April 25, 2005

Charles D. Tobin
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 457-2539

# 2737001_v2

## CERTIFICATE OF SERVICE

I, Sarah E. Diluzio, hereby certify that on April 28, 2005, I electronically filed true and correct copies of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE for Charles D. Tobin, Esquire to represent Qorvis Communicatios, LLC with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM/ECF, to the following counsel of record:

> Steven J. Balick (No.2114)
> ASHBY & GEDDES
> 222 Delaware Avenue
> 17th floor
> Wilmington, DE 19801
> Telephone: (302) 654-1888
> sbalick@ashby-geddes.com

Additionally, copies of the foregoing document have been sent to the following counsel in the manner indicated:

### BY FEDERAL EXPRESS

Steven A. Zalesin, Esquire
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Donna Malin, Esquire
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08543

_/s/ Sarah E. DiLuzio_
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware 19899-0951
Tel: (302) 984-6000
E-mail: sdiluzio@potteranderson.com