IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| McNEIL NUTRITIONALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-69-GMS |
| | ) | |
| THE SUGAR ASSOCIATION, THE AMALGAMATED SUGAR COMPANY, AMERICAN CRYSTAL SUGAR COMPANY, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGAR REFINING, INC., ATLANTIC SUGAR ASSOCIATION, HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE, IMPERIAL SUGAR COMPANY, MICHIGAN SUGAR COMPANY, MINN-DAK FARMERS COOPERATIVE, OKEELANTA CORPORATION, OSCEOLA FARMS COMPANY, RIO GRANDE VALLEY SUGAR GROWERS, INC., SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES SUGAR CORPORATION, WESTERN SUGAR COOPERATIVE, WYOMING SUGAR LLC, AMERICAN SUGARBEET GROWERS ASSOCIATION, and QORVIS COMMUNICATIONS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF RICHARD MASTERS

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and the Court's Memorandum and Order in this action dated April 29, 2005 (D.I. 38), plaintiff McNeil Nutritionals, LLC will take the deposition upon oral examination of Richard Masters of defendant Qorvis Communications, LLC, on June 9, 2005 at 10:00 a.m., before an officer qualified to administer oaths at the offices of Patterson, Belknap, Webb & Tyler

LLP, 1133 Avenue of the Americas, New York, New York 10036.  The examination will continue from day to day until completed.

                ASHBY & GEDDES

                /s/ *John G. Day*

                _____
                Steven J. Balick (#2114)
                John G. Day (#2403)
                222 Delaware Avenue, 17th Floor
                P.O. Box 1150
                Wilmington, Delaware 19899
                302-654-1888
                sbalick@ashby-geddes.com
                jday@ashby-geddes.com

                *Attorneys for McNeil Nutritionals, LLC*

*Of Counsel:*

Steven A. Zalesin
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2000

Donna Malin
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

Dated: May 9, 2005
156984.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2005, the attached **NOTICE OF DEPOSITION OF RICHARD MASTERS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| James P. Murphy, Esq.<br>Squire, Sanders & Dempsey LLP<br>1201 Pennsylvania Avenue, N.W.<br>Suite 500<br>Washington, DC  20004 | VIA FEDERAL EXPRESS |
| Adam R. Fox, Esq.<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street<br>Suite 1400<br>Los Angeles, CA  90017 | VIA FEDERAL EXPRESS |
| Charles Tobin, Esq.<br>Leo Rydzewski, Esq.<br>Holland & Knight LLP<br>2099 Pennsylvania Avenue, N.W.<br>Suite 100<br>Washington, DC  20006 | VIA FEDERAL EXPRESS |

*/s/ John G. Day*
_____
John G. Day