IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| McNEIL NUTRITIONALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-69-GMS |
| | ) | |
| THE SUGAR ASSOCIATION, THE AMALGAMATED SUGAR COMPANY, AMERICAN CRYSTAL SUGAR COMPANY, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGAR REFINING, INC., ATLANTIC SUGAR ASSOCIATION, HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE, IMPERIAL SUGAR COMPANY, MICHIGAN SUGAR COMPANY, MINN-DAK FARMERS COOPERATIVE, OKEELANTA CORPORATION, OSCEOLA FARMS COMPANY, RIO GRANDE VALLEY SUGAR GROWERS, INC., SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES SUGAR CORPORATION, WESTERN SUGAR COOPERATIVE, WYOMING SUGAR LLC, AMERICAN SUGARBEET GROWERS ASSOCIATION, and QORVIS COMMUNICATIONS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and the Court's Memorandum and Order dated April 29, 2005 in this action (D.I. 38), plaintiff McNeil Nutritionals, LLC ("McNeil") will take the depositions upon oral examination of the following employees of the Defendants in this action, before an officer

qualified to administer oaths at the offices of Ashby & Geddes, 222 Delaware Avenue, 17th Floor Wilmington, Delaware 19801:

  **(1)**  Steve Bearden - Rio Grande Valley Sugar Growers, Inc.

  **(2)**  Ralph Burton - The Amalgamated Sugar Company

  **(3)**  Craig Caillier - American Sugar Cane League

  **(4)**  Donald Carson - Atlantic Sugar Association

  **(5)**  Robert Coker - United States Sugar Corporation

  **(6)**  Antonio Contreras - Sugar Cane Growers Cooperative of Florida

  **(7)**  Pepe Fanjul, Jr. - American Sugar Refining, Inc.

  **(8)**  Mark Flegenheimer - Michigan Sugar Company

  **(9)**  James Horvath - American Crystal Sugar Company

  **(10)**  Alan Kennett - Hawaiian Sugar & Transportation Cooperative

  **(11)**  Inder Mathur - Western Sugar Cooperative

  **(12)**  Richard McKamey - Wyoming Sugar Company

  **(13)**  Robert Peiser - Imperial Sugar Company

  **(14)**  John Richmond - Southern Minnesota Beet Sugar Cooperative

  **(15)**  David Roche - Minn-Dak Farmers Cooperative

  **(16)**  Parks Shackelford - Okeelanta Corporation

  **(17)**  James Simon - American Sugar Cane League

  **(18)**  Mark Duffin - American Sugarbeet Growers Association

  **(19)**  Darren Luft - American Sugarbeet Growers Association

  **(20)**  Steve Williams - American Sugarbeet Growers Association

  **(21)**  Thomas Zimmer - American Sugarbeet Growers Association

The depositions will take place at mutually convenient times agreed to by the parties between June 1, 2005 and July 8, 2005. The examinations will continue from day to day until completed.

                    ASHBY & GEDDES

                    /s/ *John G. Day*

                    _____
                    Steven J. Balick (#2114)
                    John G. Day (#2403)
                    222 Delaware Avenue, 17th Floor
                    P.O. Box 1150
                    Wilmington, Delaware 19801
                    302-654-1888
                    sbalick@ashby-geddes.com
                    jday@ashby-geddes.com

                    *Attorneys for Plaintiff McNeil Nutritionals, LLC*

*Of Counsel:*

Steven A. Zalesin
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2000
Suite 100
Washington, DC, 20006
202-955-3000

Dated: May 11, 2005
157086.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2005, the attached **NOTICE OF DEPOSITIONS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE  19801 | **HAND DELIVERY** |
| James P. Murphy, Esq.<br>Squire, Sanders & Dempsey LLP<br>1201 Pennsylvania Avenue, N.W.<br>Suite 500<br>Washington, DC  20004 | **VIA FEDERAL EXPRESS** |
| Adam R. Fox, Esq.<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street<br>Suite 1400<br>Los Angeles, CA  90017 | **VIA FEDERAL EXPRESS** |
| Charles Tobin, Esq.<br>Leo Rydzewski, Esq.<br>Holland & Knight LLP<br>2099 Pennsylvania Avenue, N.W.<br>Suite 100<br>Washington, DC  20006 | **VIA FEDERAL EXPRESS** |

*/s/ John G. Day*
_____
John G. Day