IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McNEIL NUTRITIONALS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE SUGAR ASSOCIATION, THE AMALGAMATED SUGAR COMPANY, AMERICAN CRYSTAL SUGAR COMPANY, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGAR REFINING, INC., ATLANTIC SUGAR ASSOCIATION, HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE, IMPERIAL SUGAR COMPANY, MICHIGAN SUGAR COMPANY, MINN-DAK FARMERS COOPERATIVE, OKEELANTA CORPORATION, OSCEOLA FARMS COMPANY, RIO GRANDE VALLEY SUGAR GROWERS, INC., SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES SUGAR CORPORATION, WESTERN SUGAR COOPERATIVE, WYOMING SUGAR LLC, AMERICAN SUGARBEET GROWERS ASSOCIATION, AND QORVIS COMMUNICATIONS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 05-69-GMS |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 16, 2005, true and correct copies of each of the named **DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were served on the following attorneys in the manner described below:

**VIA BY HAND DELIVERY**

Steven J. Balick (No. 2114)
ASHBY & GEDDES
222 Delaware Avenue
17th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888
E-mail: sbalick@ashby-geddes.com

**BY FEDERAL EXPRESS**

Steven A. Zalesin, Esquire
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Donna Malin, Esquire
Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08543

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
Richard L. Horwitz (No. 2264)
Sarah E. DiLuzio (No. 4085)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-mail: rhorwitz@potteranderson.com
sdiluzio@potteranderson.com

OF COUNSEL:

James P. Murphy
Squire, Sanders & Dempsey LLP
1201 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20004
Telephone: (202) 626-6600
Facsimile: (202) 626-6780

Adam R. Fox
Squire, Sanders & Dempsey LLP
801 So. Figueroa Street, Suite 1400
Los Angeles, CA 90017
Telephone: (213)624.2500
Facsimile: (213) 623-4581

Dated: May 16, 2005

682368

## CERTIFICATE OF SERVICE

I hereby certify this 16th day of May 2005 that a copy of the Notice of Service was served on the following counsel via electronic filing on EM/ECF, where it may be reviewed and downloaded:

>Steven J. Balick (No. 2114)
>ASHBY & GEDDES
>222 Delaware Avenue
>17th Floor
>Wilmington, DE 19801
>Telephone: (302) 654-1888
>E-mail: sbalick@ashby-geddes.com

Additionally, copies of the foregoing document have been sent to the following counsel in the manner indicated:

### BY FEDERAL EXPRESS

>Steven A. Zalesin, Esquire
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY 10036-6710
>
>Donna Malin, Esquire
>Johnson & Johnson
>One Johnson & Johnson Plaza
>New Brunswick, NJ 08543

>*/s/ Sarah E. DiLuzio*
>Sarah E. DiLuzio (No. 4085)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Post Office Box 951
>Wilmington, DE 19801
>Telephone: (302) 984-6000
>E-mail: sdiluzio@potteranderson.com