IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McNEIL NUTRITIONALS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE SUGAR ASSOCIATION, THE AMALGAMATED SUGAR COMPANY, AMERICAN CRYSTAL SUGAR COMPANY, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGAR REFINING, INC., ATLANTIC SUGAR ASSOCIATION, HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE, IMPERIAL SUGAR COMPANY, MICHIGAN SUGAR COMPANY, MINN-DAK FARMERS COOPERATIVE, OKEELANTA CORPORATION, OSCEOLA FARMS COMPANY, RIO GRANDE VALLEY SUGAR GROWERS, INC., SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES SUGAR CORPORATION, WESTERN SUGAR COOPERATIVE, WYOMING SUGAR LLC, AMERICAN SUGARBEET GROWERS ASSOCIATION, AND QORVIS COMMUNICATIONS, LLC, | ) ) ) ) ) ) C.A. No. 05-69-GMS ) ) ) ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

DEFENDANTS' NOTICE
OF PARTIAL WITHDRAWAL OF THE
MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants hereby withdraw that portion, and only that portion, of their Motion to Dismiss Plaintiffs' complaint set forth in Section IV.C.2 of the Brief in Support. That section asserts that Plaintiff McNeil lacks standing to sue certain

defendants because of a lack of causal connection between the charges in the Complaint and those defendants. We are concurrently filing a revised brief with the changes noted above. Attached to that filing as Exhibit A is a "redline" copy of the Brief in Support with the withdrawn portions ruled out. Defendants also withdraw the affidavit of Andrew C. Briscoe, III, attached as Exhibit C of the original brief and referenced in the withdrawn argument.

By removing this argument from its current motion to dismiss, Defendants intend to streamline the motion and remove any rationale for the very extensive discovery proposed by Plaintiff prior to the Court's ruling on the motion to dismiss. For example, in addition to document requests, Plaintiff has served 24 individual deposition notices and 18 Rule 30(b)(6) deposition notices.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

/s/ Sarah E. DiLuzio
Richard L. Horwitz (No. 2264)
Sarah E. DiLuzio (No. 4085)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
E-mail: rhorwitz@potteranderson.com
           sdiluzio@potteranderson.com
Attorneys for Defendants

OF COUNSEL:
James P. Murphy (*pro hac vice* pending)
SQUIRE, SANDERS & DEMPSEY LLP
1201 Pennsylvania Avenue, N.W., Suite 500
Washington, DC 20004
Telephone: (202) 626-6600
Facsimile: (202) 626-6780

Adam R. Fox (*pro hac vice* pending)
SQUIRE, SANDERS & DEMPSEY LLP
801 So. Figueroa Street, Suite 1400
Los Angeles, CA 90017
Telephone: (213)624.2500
Facsimile: (213) 623-4581

Attorneys for Defendants


Dated: June 3, 2005
684932

## CERTIFICATE OF SERVICE

I hereby certify this 3rd day of June 2005, that a copy of DEFENDANTS' NOTICE OF PARTIAL WITHDRAWAL OF THE MOTION TO DISMISS PLAINTIFF'S COMPLAINT was served on the following counsel via electronic filing on EM/ECF, where it may be reviewed and downloaded:

> Steven J. Balick (No. 2114)
> ASHBY & GEDDES
> 222 Delaware Avenue
> 17th Floor
> Wilmington, DE  19801
> Telephone: (302) 654-1888
> sbalick@ashby-geddes.com

Additionally, copies of the foregoing document have been sent to the following counsel in the manner indicated:

> BY FEDERAL EXPRESS
>
> Steven A. Zalesin, Esquire
> Patterson, Belknap, Webb & Tyler LLP
> 1133 Avenue of the Americas
> New York, NY  10036-6710
>
> Donna Malin, Esquire
> Johnson & Johnson
> One Johnson & Johnson Plaza
> New Brunswick, NJ  08543

*/s/ Sarah E. DiLuzio*
Sarah E. DiLuzio (No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Post Office Box 951
Wilmington, DE  19801
Telephone: (302) 984-6000
E-mail: sdiluzio@potteranderson.com