IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McNEIL NUTRITIONALS, LLC,  )<br>  )<br>              Plaintiff,  )<br>  )<br>              v.  )<br>  )<br>THE SUGAR ASSOCIATION, THE  )<br>AMALGAMATED SUGAR COMPANY,  )<br>AMERICAN CRYSTAL SUGAR COMPANY,  )<br>AMERICAN SUGAR CANE LEAGUE,  )<br>AMERICAN SUGAR REFINING, INC.,  )<br>ATLANTIC SUGAR ASSOCIATION,  )<br>HAWAIIAN SUGAR & TRANSPORTATION  )<br>COOPERATIVE, IMPERIAL SUGAR  )<br>COMPANY, MICHIGAN SUGAR COMPANY,  )<br>MINN-DAK FARMERS COOPERATIVE,  )<br>OKEELANTA CORPORATION, OSCEOLA  )<br>FARMS COMPANY, RIO GRANDE VALLEY  )<br>SUGAR GROWERS, INC., SOUTHERN  )<br>MINNESOTA BEET SUGAR COOPERATIVE,  )<br>SUGAR CANE GROWERS COOPERATIVE OF  )<br>FLORIDA, UNITED STATES SUGAR  )<br>CORPORATION, WESTERN SUGAR  )<br>COOPERATIVE, WYOMING SUGAR LLC,  )<br>AMERICAN SUGARBEET GROWERS  )<br>ASSOCIATION, and QORVIS  )<br>COMMUNICATIONS, LLC,  )<br>  )<br>              Defendants.  ) | C.A. No. 05-069-GMS |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of June, 2005, the following documents:

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT AMERICAN CRYSTAL SUGAR COMPANY,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT AMERICAN SUGAR CANE LEAGUE,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT ATLANTIC SUGAR ASSOCIATION,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT IMPERIAL SUGAR COMPANY,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT MICHIGAN SUGAR COMPANY,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT MINN-DAK FARMERS COOPERATIVE,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT OSCEOLA FARMS COMPANY,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT RIO GRANDE VALLEY SUGAR GROWERS, INC.,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT SUGAR CANE GROWERS COOPERATIVE OF FLORIDA,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT WESTERN SUGAR COOPERATIVE,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT WYOMING SUGAR, LLC,**

**PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES TO DEFENDANT AMERICAN SUGARBEET GROWERS ASSOCIATION,**

were served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | <u>HAND DELIVERY</u> |
| James P. Murphy, Esq.<br>Squire, Sanders & Dempsey LLP<br>1201 Pennsylvania Avenue, N.W.<br>Suite 500<br>Washington, DC 20004 | <u>VIA FEDERAL EXPRESS</u> |
| Adam R. Fox, Esq.<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street<br>Suite 1400<br>Los Angeles, CA 90017 | <u>VIA FEDERAL EXPRESS</u> |
| Charles Tobin, Esq.<br>Leo Rydzewski, Esq.<br>Holland & Knight LLP<br>2099 Pennsylvania Avenue, N.W.<br>Suite 100<br>Washington, DC 20006 | <u>VIA FEDERAL EXPRESS</u> |

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (#2114)
John G. Day (#2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Steven A. Zalesin
Clay J. Pierce
Jeffrey D. Rotenberg
Jennifer L. Higgins
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710

Donna Malin
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 08543

Dated: June 13, 2005
155211.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2005, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza – Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| James P. Murphy, Esq.<br>Squire, Sanders & Dempsey LLP<br>1201 Pennsylvania Avenue, N.W.<br>Suite 500<br>Washington, DC 20004 | **VIA FEDERAL EXPRESS** |
| Adam R. Fox, Esq.<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street<br>Suite 1400<br>Los Angeles, CA 90017 | **VIA FEDERAL EXPRESS** |
| Charles Tobin, Esq.<br>Leo Rydzewski, Esq.<br>Holland & Knight LLP<br>2099 Pennsylvania Avenue, N.W.<br>Suite 100<br>Washington, DC 20006 | **VIA FEDERAL EXPRESS** |

/s/ *John G. Day*
_____
John G. Day