IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McNEIL NUTRITIONALS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-69 (GMS) |
| | ) |
| THE SUGAR ASSOCIATION, THE AMALGAMATED SUGAR COMPANY, AMERICAN CRYSTAL SUGAR COMPANY, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGAR REFINING, INC., ATLANTIC SUGAR ASSOCIATION, HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE, IMPERIAL SUGAR COMPANY, MICHIGAN SUGAR COMPANY, MINN-DAK FARMERS COOPERATIVE, OKEELANTA CORPORATION, OSCEOLA FARMS COMPANY, RIO GRANDE VALLEY SUGAR GROWERS, INC., SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES SUGAR CORPORATION, WESTERN SUGAR COOPERATIVE, WYOMING SUGAR LLC, AMERICAN SUGARBEET GROWERS ASSOCIATION, and QORVIS COMMUNICATIONS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 8th day of July, 2005, the following documents:

> DEFENDANT AMERICAN CRYSTAL SUGAR COMPANY'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES
>
> DEFENDANT AMERICAN SUGAR CANE LEAGUE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT ATLANTIC SUGAR ASSOCIATION'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT IMPERIAL SUGAR COMPANY'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT MICHIGAN SUGAR COMPANY'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT MINN-DAK FARMERS COOPERATIVE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT OSCEOLA FARM COMPANY'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT HAWAIIAN SUGAR & TRANSPORT COOPERATIVE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT RIO GRANDE VALLEY SUGAR GROWERS, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT SUGAR CANE GROWERS COOPERATIVE OF FLORIDA'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT AMERICAN SUGARBEET GROWERS ASSOCIATION'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT WYOMING SUGAR, LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

DEFENDANT WESTERN SUGAR COOPERATIVE'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION AND FIRST SET OF INTERROGATORIES

were served upon the following counsel of record at the address and in the manner indicated:

**VIA BY HAND DELIVERY**

>Steven J. Balick (No. 2114)
>ASHBY & GEDDES
>222 Delaware Avenue
>17th Floor
>Wilmington, DE  19801
>Telephone:  (302) 654-1888
>E-mail:  sbalick@ashby-geddes.com

**BY FEDERAL EXPRESS**

>Steven A. Zalesin, Esquire
>Patterson, Belknap, Webb & Tyler LLP
>1133 Avenue of the Americas
>New York, NY  10036-6710
>
>Donna Malin, Esquire
>Johnson & Johnson
>One Johnson & Johnson Plaza
>New Brunswick, NJ  08543

>POTTER ANDERSON & CORROON LLP
>
>By: /s/ Sarah E. DiLuzio
>Richard L. Horwitz (No. 2264)
>Sarah E. DiLuzio (No. 4085)
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE  19801
>Telephone:  (302) 984-6000
>Facsimile:  (302) 658-1192
>E-mail:  rhorwitz@potteranderson.com
>         sdiluzio@potteranderson.com

OF COUNSEL:
James P. Murphy
Squire, Sanders & Dempsey LLP
1201 Pennsylvania Avenue, N.W., Suite 500
Washington, DC  20004
Telephone:  (202) 626-6600
Facsimile:   (202) 626-6780


Adam R. Fox
Squire, Sanders & Dempsey LLP
801 So. Figueroa Street, Suite 1400
Los Angeles, CA  90017
Telephone:  (213)624.2500
Facsimile:   (213) 623-4581

Dated: July 8, 2005

689758