## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

McNEIL NUTRITIONALS, LLC,     )
                                 )
                 Plaintiff,     )
                                 )
           v.              )     Case No. 1:05-CV-00069-GMS
                                 )
THE SUGAR ASSOCIATION, THE     )
AMALGAMATED SUGAR COMPANY, et al.    )
                                 )
               Defendants.    )

## DECLARATION OF NANCY GAVIN

1.      I am Senior Territory Manager for Tate & Lyle Canada Ltd. I submit this Declaration in support of Plaintiff McNeil Nutritional, LLC's opposition to Defendants' Motion to Dismiss.

2.      On February 3, 2005, I attended a speech given by Andrew Briscoe, President of the Sugar Association, before the 2005 Annual Meeting of the American Sugarbeet Growers Association at the Hyatt Regency Hotel in San Antonio, Texas.

3.      I attended this event as a guest, and registered for the event under my own name as an employee of Tate & Lyle.

4.      At the Registration for the Annual Meeting, which was held on Feb 2, 2005, a program was given out to all attendees. A true and correct copy of that program is appended hereto as Exhibit 1.

5.      The program lists the title of Mr. Briscoe's speech as "Strategies to Influence Sugar Consumption – Confronting Splenda, Promoting Sugar, and Striving for Accuracy in Labeling."

6.    I recorded Mr. Briscoe's speech on a handheld digital voice recorder.

7.    I provided the original recording of the speech to Austin McGuire, who I understand forwarded it to Tate and Lyle's counsel, who I understand then provided the recording to counsel for McNeil Nutritionals.

8.    Appended hereto as Exhibit 2 is a transcript commissioned by McNeil's counsel of the recording that I made of Mr. Briscoe's speech.  To the best of my recollection and knowledge it is a true and accurate transcription of the speech that I attended.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at Toronto, ON   this 27 day of July, 2005.

Nancy Gavin

1202610v1

# EXHIBIT 1



# American Sugarbeet Growers Association

presents

## 2005 Annual Meeting

February 1 - 4
Hyatt Regency on the Riverwalk
San Antonio, Texas

# Executive Committee

*Terry Jones, President*
*Steve Williams, Vice President*
*Doug Etten, Treasurer*

David Bergh        Eugene Meylan
Terry Cayko        Ted Page
Robert Green       Ervin Schlemmer
Steve Martineau    John Snyder
Sheldon Melberg    Alan Welp
Perry Meuleman     Tom Zimmer




# Special Thanks to Our Sponsors

ACH Seeds, Inc.
ASTEC, Inc.
Bayer CropScience
Betaseed, Inc.
Crystal Beet Seed
DuPont Crop Protection
Holly Hybrids
Monsanto
Seedex, Inc.
The Sugar Producer Magazine
The Sugarbeet Grower Magazine
Syngenta Seeds, Inc./Hilleshog
United Phosphorous, Inc.
Vanderhave Sugarbeet Seed Company

# ◆ Program ◆

**Registration - Los Rios Foyer**

## ◆ Wednesday, Feb. 2 ◆

**Welcome Receptions**
4:30p - 5:30p    Garden Terrace    *Sponsor: United Phosphorus*
5:30p - 6:30p    Regency West    *Sponsor: Syngenta*

## ◆ Thursday, Feb. 3 ◆

7:30a - 8:00a    Breakfast    *Sponsor: Holly Hybrid and Advanta/Vanderhave*
Regency Center

8:00a - 8:10a    Welcome
Terry Jones, ASGA President

8:10a - 8:50a    "The 2005 Agriculture Overview"
Jim Wiesemeyer - Informa Economics
  ◆ What do the elections mean for U.S. agriculture?
  ◆ Budget reconciliation impact on agriculture
  ◆ Trade agreements: WTO, Central American Free Trade Agreement and others

9:00a - 12:15a    General Session: Domestic Issues
Regency West

9:10a - 9:20a    Meeting Opening
Terry Jones, ASGA President

9:20a - 10:00a    "The Corn-Sugar Coalition: Working Together for American Sweeteners"
Leon "Len" Corzine - President, National Corn Growers Association

10:00a - 10:30a    "The Administration of the U.S. Sugar Policy"
Dan Colacicco - USDA
  ◆ The Challenges of Balancing Supply and Demand
  ◆ 2004/2005 Overall Allotment Quantity Update

10:30a - 10:45a    Coffee Break    *Sponsor: Sugarbeet Grower Magazine*
Regency Center

10:45a - 11:45a    "Update on Roundup® Ready Sugarbeets"
Members of the Sugar Industry Biotech Council
  ◆ Moderator: Tom Schwartz, Beet Sugar Development Foundation
  ◆ Regulatory approval status: Molly Cline, Monsanto
  ◆ Seed: Joe Dahmer, Betaseed
  ◆ Sugar/Market: Charles Baker, The Sugar Association and Bill Smith, Amalgamated Sugar
  ◆ Co-products: Jim Eichenberger, Midwest Agri
  ◆ Grower view: Duane Grant, Idaho

11:45a - 12:15p    "On the Drawing Board" - Designing a New Long-Term Revenue Insurance Policy
Tim Watts - Watts and Associates, Inc., Billings, MT

12:30p - 2:00p    Luncheon    *Sponsor: Monsanto*
Regency Center

1:00p - 2:00p    "Strategies to Influence Sugar Consumption - Confronting Splenda, Promoting Sugar, and Striving for Accuracy in Labeling"
Andy Briscoe - President, The Sugar Association

Afternoon on your own

2:00p - 3:00p    Crop Insurance Discussion Forum (optional)
Pecan Room

5:00p - 7:00p    Reception    *Sponsor: Bayer CropScience*
Regency Center

## ◆ Friday, Feb. 4 ◆

7:30a - 8:00a    Breakfast    *Sponsor: Seedex*
Regency Center

8:00a - 8:45a    "Reforms to the European Sugar Policy"
Otto von Arnold - President, European Beet Growers Association (CIBE)

9:00a - 12:15a    General Session: Trade Issues
Regency West

9:15a - 10:00    "Assessing the Threat of Sugar-Containing Products"
Carol Brick-Turin - CBT Consulting

10:00a-10:45a    "Sugar's Efforts to Defeat the CAFTA"
Jim Murphy - DCI Group
Jim Duffy - Strother Duffy Strother

10:45a - 11:00a    Sucrose Soda Break    *Sponsor: DuPont and ASTEC, Inc.*
Regency Center

11:00a - Noon    "The 2005 Agenda for The World Trade Organization and Free Trade Agreements"
Don Phillips - Trade Advisor, American Sugar Alliance

Noon - 12:15p    "Update on the Mexico Sweetener Dispute"
Ray VanDriessche - Mexico Task Force Representative

12:30p - 2:30p    President's Luncheon    *Sponsor: Bayer CropScience*
Regency Center
Recognizing Retiring ASGA Board Members & Sugar Producer of the Year

"Great Laughter, Great Fun!"
Comedian Tim Clue, Chicago, IL

Afternoon on your own

6:30p - 7:30p    Gala Reception    *Sponsor: Betaseed*
Regency Foyer

7:30p - 10:00p    Buffet Dinner
Regency Center

# EXHIBIT 2

# ESQUIRE DEPOSITIONS – NEW YORK

## Andy Briscoe's Speech
## ASGA ANNUAL MEETING

2

[START TAPE 1 SIDE A]

MODERATOR:  ...based on the avoidance of carbohydrates creates a real challenge to our industry.  We have seen our deliveries drop, costing RSF to millions of dollars the first year in an oversupply to the market.

[Unintelligible] medium for cases for trying to run our business.  We have a choice.  We could stand on the product line and wait for tolls that Atkins and the other low carb dieters will buy and give it.  Or we can be proactive and take the situations head on.

Three of the markets have significantly changed over the years.  Competition is tougher, but we still have the best products in the marketplace.  You know that and I know that, but does the customer know that and how are they willing to pay for it.  For this industry to be able to survive people need to have confidence in sugar as part of a healthy lifestyle.

Our feature today is on the front line in the battle over sugar's heavy

3

[Unintelligible] market share in the field of sugar.  Andy Briscoe as the president and CEO of the Sugar Association.  He joined the association in 2002 as a guide to their addressing of public policy, and was named president at the April, 2003 annual meeting of the Board of Directors.

Andy was with us last year [Unintelligible] and a lot has happened over this, unfortunately, in the past year.  We have honored your [Unintelligible] view on the industry's recent activities within both our products.  Let's welcome Andy Briscoe.

MR. BRISCOE:  Good afternoon.  You all keep eating.  I'm not in trouble with you before I get into reading the presentation.

I guess my first challenge for today is to keep you awake.  The reason I asked you to do this, I knew I was asking for it because he said it was after lunch.  So, if I catch any of your snoring, I will come up and tag you. But that's my first job.

Our biggest challenge is, is to seek dessert.  We do believe in the consumption

4

of dessert as part of a balanced diet.  By

all means, please, stay your grounds and eat

your desert loud if you need to.  I will

speak as loud as I can.  Can the folks in

the back hear me?  You are okay, all right.

I want to keep you awake back there now.

All right, the third item on my list of

about keeping you honest. I am really

excited to be here with you today.  When Liz

invited me, I got real excited because I

prefer the extended zone. I am a pure bred

Texan.  So, welcome to Texas.  How many real

Texans do we have?  One, hey.

All right.  This way I can say anything

I want to about Texas [Unintelligible].  In

fact, did you know that you are underweight

and living on meat and potatoes?  You can

make an effort to make this and break the

faith.  And you say, how can that be, you

know, my instinct is something that you

ought to know, and I probably wouldn't be

here, you are right.

Does anybody know [Unintelligible] the

Alamo what happened?  He became 36, he

5

became 36, you are back 116 years ago.

Actually, it wasn't [Unintelligible].

February of all months, so if you are

experiencing the weather you can kind of get

a flavor for what those jobs you got 116

years ago.

        And, in fact, Dooly showed up in the

Alamo on January 19th, you know, he fortified

these places and Andrew Briscoe showed up

and he came in from Harrisburg, which is

known as Houston now and helped out and then

they decided, you know, they needed to

create a constitutional convention and they

called that as Washington on the route was

about a three to four day's horse ride that

way.

        And Andrew Briscoe was called off to the

constitutional convention, so he wasn't here

at the Alamo when the battle started on

February 23rd. That's thirteen days. So,

the constitutional convention went on. The

constitution was ratified and approved on

March 3, down in Lofel and actually March 5th

in Santa Ana, and proceeded to basically San

6

Jasenel and just outside of Harrisburg or Houston now. And that's where Captain Andrew Briscoe helped in the capture of Santa Ana. So there is your history.

If I say major in presentation today, with my copy of it, and just put on the back of your business cards, you know, a copy of this slide or a copy of this handout, and bring it up after the presentation, I will be glad to give it to you.

And, again, it is a pleasure to be here with you this afternoon, and again, I am going to run through about two days worth of information between now - I am going to try for two o'clock, but bear with me. Hopefully none of you have a 2:15 [Unintelligible], but we are going to do our best to give you some good information, some solid information, some new information. Some of you have seen some of these slides before. But if you stay awake, I will guarantee you, the last two slides will get your attention. Okay?

Now, with that in mind, I like to get

7

closer to my audience. Everybody ready?
Okay.

Some of you have seen this slide before,
but this is an eye-opener.  Thirty years ago
the sweeteners in the marketplace were
primarily sugar and honey.  Now, we've got
more competition then ever before.  There is
roughly twenty-one other types of sweeteners
in the marketplace including sugar alcohol,
artificial sweeteners and their abilities.

The consumer and the industrial user
have more choices than ever before.  So,
competition, guys and ladies, are more
challenging and certainly we need to
acknowledge that as an industry.

Key issues that we deal with in the
Sugar Association in Washington, we are
about four blocks from the White House.
This doesn't give us any calls. But this
just happens to be about cleaning out a fish
industry group within a four block area of
one our active filters.  We interrelate with
those food industry groups on a daily basis.

Key issues are Splenda, voluntary

8

[Unintelligible] promotion program, labeling
concerns, dietary guidelines, development of
external scientific advisory counsel into
our scientific external scientific group,
advantages for sugar based products, getting
the media to use accurate terminology and
then defining sucrose, sugar in the
marketplace.

Obviously, there is not enough time,
like I side, I've got about two days worth
of information to dump on you, but for the
purposes of today's meeting we are going to
cover the top story right now.   Okay.   Bear
with me.

Splenda, this is a comparison, a
molecular comparison.   I am not going to
have your eyes glazed over here too far. But
if you look at it, you see where sugar in
the grain set.   And those are the key
molecules there.   Then if you look at the
circles over here where actually Chlorine is
added to the molecules to give you the
sweetness level that Splenda professes which
is 600 times sweeter than sugar.

1

2      So, the statement that, made from sugar,

3   so it tastes like sugar, and yet Splenda is

4   600 times sweeter than sugar, so how does it

5   to pretend to taste like sugar.

6      We have through board support initiated

7   what you would call a legal fee our

8   initiative.  That was approved last

9   September.  We are less than six months out

10  from that.  And obviously the legal machine

11  is gearing up.  We have filed a lawsuit on

12  December 10th against McNeill, Johnson

13  McNeill.  And it was really in response to

14  what we felt like had developed over the

15  last six months to a year prior to

16  September.

17     So, the critical component here is now

18  and you have a copy of the press papers in

19  front of you, there are actually five

20  lawsuits against Johnson & Johnson McNeill

21  right now.  Two are federal level and three

22  December class actions.

23     You will notice up here, there is one

24  here that says McNeill Splenda versus

25  Verison Equal in Puerto Rico.  That was

10

filed by Splenda and actually just within

the last thirty days was withdrawn by

Splenda or McNeill.  They requested that it

be withdrawn.  Honestly it is a long way to

go to Puerto Rico.

    The other thing that is not shown here

is that there are there federal Trade

Commission complaints that have been filed

basically over the last thirty days with the

same concerns of misleading advertising,

misleading consumers, etc.

    So, there is a lot momentum building,

obviously, in the interest of providing

consumers accurate information.

    We have developed in support a website,

www.TruthAboutSplenda.  And for those that

are interested, we got postcards that you

can take.  I will leave them up here in the

front and you can come afterwards and take

with you.  I suggest to people that you can

mail this to the local media, you can hand

them out to a friend, but basically it is to

support our website, TruthAboutSpendor.Com.

Again, getting people to come to this

11

1
2  website so that they will get more
3  information. Most of this information is
4  more of a clearing house.  We quote third
5  party charges, we provide information, we
6  hyperlink you to studies or articles that
7  are done, so it is more of a clearing house
8  to us, but it opens your eyes up to the real
9  issues about Splenda.
10      In fact, there is a consumer survey on
11  there that talks about almost 50% of
12  consumers that use Splenda, actually up to
13  50%, you know, the figure is a little bit
14  less, actually believe it is natural.
15  That's one of our biggest issues as far as
16  the lawsuit is concerned.
17      But, again, here are some cards, if you
18  want one or you want more, let us know, put
19  it on the back of you business cards, I want
20  ten or fifteen postcards to carry around in
21  my pocket and give to my friends, send to my
22  relatives or whatever, but they are up here.
23      The website has some interesting
24  generation of quotes from consumers and
25  we've already had about 90 quotes come in

12

 1
 2    from consumers talking about how they have
 3    been fooled, they have been duped.  So,
 4    again, it is a real tool for us.  We have
 5    actually had one consumer from Kansas send
 6    an email to us saying, they wanted to join
 7    our lawsuit and, of course, obviously, they
 8    [Unintelligible].
 9        These are all independent lawsuits.  As
10    you will see, actually, some of the class
11    actions speak to the filing, were actually
12    filed before the DNC filed on December 10th.
13    So, they are totally independent of our
14    action, even though their claims are
15    basically plenty.
16        Okay, let's see.  Let me go back.  While
17    I've got you here just to follow the way the
18    most interesting quotes.  Splenda came out
19    in 2000 roughly, that's when it first hit
20    the marketplace.  This is the newest Splenda
21    product, a Splenda sugar blend for the basic
22    product.  By weight it is 99% sugar.  And so
23    obviously they are trying to gain in taste
24    and functionality.  But again, price, it is
25    still a beeper for disciplining in price

13

products.  When retail sugar sells for 42

cents retail roughly, Splenda in this

package represents about four pounds of

sugar works out for $6.49, $6.30 to $7.

So, you are talking about, when you

really do the math it is about five or six

times for a pound of this product.  Of

course, you use half of this product as

well, just to [Unintelligible].

So, again they are gaining in

functionality, they are gaining in taste by

using this product which again is 99% sugar

and again consumers are paying a premium

price at.  And interestingly enough if you

look at the calories from the back end; it

says it is 10 calories for half a teaspoon.

How many calories are in a teaspoon of

sugar?

VOICES:  15.

MR. BRISCOE: 15.  So, if you go with a

teaspoon of this stuff, you are getting 20

calories, right?  So, why would you want to

pay $6 to $7 for something like this and get

20 calories per teaspoon and look, if you

14

used all natural sugar, 15 calories?  It

doesn't make sense to me, does it?

So, again, be aware as a consumer. It is

our job certainly to work hard and educate.

On the voluntary sugar promotion

program, this is something that I think Dale

Smith mentioned earlier that there was a

vital test panel.  But the board and

certainly with your support I in September

agreed that it was time, it was time for us

as an industry to step forward and start

promoting our own product.

In fact, since 1995, we spent this

amount of money, this amount of money, zero

dollars on promoting our own product.  So,

in some ways we deserve to be where we are

at.  But in other ways we taking action, we

are gearing up, we are developing a strong

anger and we are looking at the key issues

to do this.

One of things we did was we did a GALUP

survey.  We wanted to look at what the

issues were relating to sugar and we wanted

to know what messages were important and

15

1
2   then we also wanted to know what the
3   strategies were in conveying those messages.
4       Here is a summary of that particular
5   survey, unprompted, and this means you
6   weren't feeding them almost any information.
7   The consumer basically said, sugar it is
8   acknowledged 50% of the time they are being
9   aware of sugar and Splenda was acknowledged
10  this as 30% of the time.
11      When they were prompted, basically
12  provided with names of different types of
13  sweeteners, the awareness level up, sugar
14  went up to 95%, Equal came in second at 82%,
15  Splenda was at 70%.
16      Next was 45% of the consumers have tried
17  Splenda.  That's an important figure for us.
18  One of Splendas makers is it is made in
19  chlorine.  When you tell a focus group or a
20  group of consumers that it is, in fact, made
21  with chlorine, it is not just made with
22  sugar, so it tastes like sugar, but it is
23  made with sugar and chlorine, so it tastes
24  sweeter.  And when you tell them the fact
25  that it is made with chlorine, you see the

16

bottom in sales.

We are not saying it is unhealthy.  We are just wanting to provide the true facts as far as what is in the product.

Refined sugar versus white sugar, I know you didn't catch it, but I did, but this morning when Charlie Baker, Dr. Baker made a presentation on the biotech panel, he used the term white sugar.  He didn't use refined sugar and there is a reason why.  I am making this my mission to convince you beginning to stop the use of the word refined, because as we did the focus group, the consumer said, well, it is refined sugar, so it is not natural, right?  It is refined.  So, it can't be natural.

Yet in Europe they use the terminology as white sugar and raw sugar, they don't use refined.  So, my challenge to you is to get you to change the way you are behavior for the rest of your lives to get away from the term refined and use white sugar and raw sugar.  Of course, convincing the USDA to change terminology and the bureaucracy to do

17

that is also an uphill challenge, but we
like challenges.

Consumers overestimate sugar's - the
word content.  On the average when we asked
what they thought it was, the average was 73
calories per teaspoon -- 73 calories per
teaspoon.  Obviously, this group here knows
that it is 15 calories per teaspoon, but
interestingly enough I was attending one of
the sugar industry's annual shareholder's
meeting on Finnegan Wine, for
[Unintelligible] and wine growers came up.
I said, well, did you learn anything from
our presentation?  He said, yes, I learned
it is only fifteen calories per teaspoon, in
a teaspoon of sugar.  But I am glad.

So, everybody in this room, how many
calories per teaspoon?

VOICES:  15.

MR. BRISCOE: Amen. Sugar image, pure
natural baking functionality and better
parties in our kitchen, in fact, one of the
key facts when we told the group, focus
group what the true caloric intake of sugar

18

was, they said, well, why do we need
artificial sweeteners if it is only 15
calories?  Right, you got them.  And that
will come out obviously in our sugar
promotion efforts as well.

Okay, again, we reflect that sugar
consumption on a caloric basis is 15
calories per teaspoon is what defining of
the GALUP survey.

Other people are defining this.  And in
our absence, basically, in our void of being
in the marketplace and telling people the
benefits of sugar, it is all natural, is 15
calories, etc., they are actually parsing
us. We are letting them define who we are.
Some people say sugar is sweet, so pretty
much guilt.  Some people say sucrose intake
was significantly related to breast cancer.

Here is a good one, Dr. Perry Grossman,
he is a doctor, control stress, don't eat
sugar, I am told that's a life saver.

So, there are obviously some very strong
anti-sugar folks in the world.  And we
basically are allowing them to say what they

19

want to. And, you know, all the more reason
and the important part of the sugar
promotion program so that we are getting our
message out to the consumers.

Is sugar expendable? Obviously some
people would think so. Sugar causes
obesity, sugar causes hyperactivity. No
sugar added means it is healthier? Does it?
Splenda is a natural sweetener like sugar,
you know, they are saying that.

So, nobody is going to dispel these
myths or discuss the benefits of sucrose
unless we do. You know, if it is to be, it
is up to us.

Other industries, they obviously believe
in the American [Unintelligible] and of
course it hits. There are some industries
that believe the only way to achieve success
in the marketplace is by brand endeavors,
promoting your product. When your product
means getting a bigger piece of the pie, but
the pie keeps getting smaller.

So, again, it is proven by other
commodities, the beef folks is up to $28

20

million, got to roughly $800 million in
returns.   The egg folks got $15 million, get
a 21% increase.  And the dairy folks
invested $20 million and got roughly a 4%
increase.

Right now we have roughly five
cooperative groups all being at this point.
We've got roughly $3½ million committed to a
campaign for a three year period.  We are
willing and looking at doing basically a
pilot program, a pilot test within two
markets probably some time in May. And then
our ultimate purpose to roll it out in the
regional markets for those who are
participating in September or October of
this year.   That's the general overview of
the sugar promotion.

Again, at one point in time in history
this industry really took action.  How many
of you were around in 1986?  So you were
there.   Sugar levels we were at 7.7 million
tons. And so obviously something needed to
be done and this industry picked up the
reigns and implemented a sugar promotion

21

program.

The difference between the one that was in '86 and the one we are doing now is they were both voluntary but, again, it was the entire industry in '86 versus this particular campaign is anyone can choose to opt in or opt out, one or the other.

But, again, in '86 through 1995, we actually invested an average of $5 million a year in the promotion of our product. And it proved to be very positive for us. You may or may not see these figures, but the response after ten years, we actually had a 19% increase in deliveries. Sounds pretty good, doesn't it, roughly 18% growth a year?

If you take the residual, which occurs with all generic campaigns, there is a four year residual that we got out of our promotion and if you include that and you actually increase deliveries by 28% over a fourteen year period. So, again, that is pretty good, it is going in the right direction. When you figure out on a return on investment basis, you are looking at

22

roughly $13 return for every $1 invested for

the first ten years.  When you actually go

into the fourteen year period it is roughly

for every dollar we invest here, say $5

million, we got roughly $19 back.  Sounds

pretty good, doesn't it?  It sounds like a

good bet.

    So, again, it has proven successful for

this industry.  We don't have to go out and

ask other industries whether this will work,

does it work?  Here are some examples of the

after plans that we did.  Nobody can ever

duplicate a real sugar either.  Obviously,

they are getting closer.

    Now, which would you rather have to put

on your kids cereal?  Now, I want to insert

you something here. Everybody, have you all

eaten your desert? Are you okay with that?

Was it good?  Pretty good.  Did anybody

notice any difference?   Anybody notice any

difference? No.  No different.  How many of

you noticed the difference?  One guy.  One

guy.  Nobody noticed any difference.

    Well, here is the straight truth, you

have been duped.  Half of your desert was

made with real sugar.  The other half was

made with Splenda.  So, now the question is,

which was which?  Mark you want to tell us?

Which one was made with Splenda?  Oh, he is

really astounded here.

Now, why was that made with - that was

made with what? Oh, you don't know?  Anybody

else want to take a guess?  No.

MALE VOICE: It is hard to cut.

MR. BRISCOE:  I will tell you. You won't

have to go out in a stream about this.  The

piece that was closest to the strawberry was

Splenda.  The piece with sugar sprinkled on

the top was real sugar.

Now, what's the point?  The point,

folks, the competition is tough.  The

competition is tougher than ever before.

And you just proved it.  You just proved it.

More than ever before we need to realize in

the marketplace that we need to believe in

our product, we need to support our product

more than ever before.

I want you to be fired up when you leave

24

here today, because, let's face it folks, when they talk about the trenches, the trenches are there on the consumption side. Yes, trade is important.  Yes, the farm is just as important.  But if we don't get it consumed and it is going to be stored and it is going to cost us money to be stored, we are going to have to get loans and it just doesn't make sense at all unless we can we support the increase in consumption.  So, that's what the sugar promotion program is all about.

Everybody like that example, now that you have eaten it?  You've had your chlorine for the day.

[Unintelligible]

But, more time, I am going to keep you awake, here is the last two slides to wake you up.

On the sugar promotion side, if we had continued as an industry to invest in our product – again, these are all projections, but if we had continued to increase in our investments there, the trend is upward and

25

we would hope we would hopefully be around

the 12 billion ton mark, if you follow the

trend.

Because we stopped, this trend is

downward and we approximately ended up

between $8 and $9 million, is where the

trend takes us.  However, because in 2004 we

chose to take action, the blue bar here

actually shows what we hope to achieve in

the sugar promotion program.

In the first three years, the things

that we are going to do by those

participants, but we can continue to add

people.  In fact, we sent letters to even

the countries that import sugar into the

United States, the forty-one importers, they

have a vested interest in keeping the image

of sugar positive.

So, we will certainly and the resolution

that was approved by the board, allow for us

to get financial support from those

countries as well.

Vendors, if you have a vendor that wants

to contribute to the sugar promotion

26

program, we are open to that.  That occurred

actually during the last promotion.  So, we

are willing to build the money resources so

that we really can do a national rollout at

some point in time, we want to prove that

generic advertising is a critical component.

I am not saying to let it replace your

brand advertising. I am saying you need to

have both.  You really need to have both in

the marketplace.  You need to be increasing

your pie at the same time you are working on

the increase in your piece of the pie.

On food labeling, here some critical

issues, they are coming along.  First of

all, the elimination of and/or labeling

[Unintelligible] we just discussed on there.

We are excited about the facts.  We finally

got FDA to make a decision after twenty

years, it took them twenty years to make a

decision on two words, love, it is

ridiculous.

You know, for a guy who takes us to Drug

Town and [Unintelligible] issued up.

But it actually happened. We sent

1
2      letters actually to Coke and Pepsi and the
3      major soft drink companies that have been
4      abusing the use of the term sugar as sucrose
5      on their labels.  And we have received
6      responses back in kind. However, at the same
7      time the FDA has been taking enforcement
8      action against those soft drink companies
9      that don't adhere to that.

10         You are saying, well, is this a big
11     deal?  Maybe, maybe not.  We have been
12     working on it.  But again it is in defining
13     what our product is. We are not
14     [Unintelligible] or sugar.  We are sugar
15     folks and we need to make sure that the
16     consumers know that sugar is not in some of
17     the major soft drinks and we have been able
18     to do that.

19         The elimination of the use of less sugar
20     nutrient content claim, this is an up and
21     coming thing, that you really need to be
22     sensitive to the fact.  I will point out,
23     this is one of the examples, 50% of our
24     sugar in the New Pepsi bench product, there
25     is no sugar in Pepsi Age.  So how can they

28

say that on the front of their packaging,
because the FDA has a reg that allows them
to.

   And again there is wars there to get FDA
to change the regulation around nutrient
content claims.  50% less sugar, reduced
sugar, sugar free.  Here is the other one,
sugar free, just lying in the marketplace.
Here is a product; a sugar free product is
right here, this peanut, this buttercup,
chocolate buttercups.  And most of you have
probably tasted Reece's Buttercups.  This has
the real sugar in it, right?  This is sugar
free.  Which one has more calories per cup?
Sugar free.  What's [Unintelligible].
Somebody has seen my presentation before?

   Sugar Free per cup is 45 calories per
cup.  46 calories per cup in the real sugar
product.  So, what's going on?  Food
manufacturers are obviously fooling
consumers, they are charging of up to a 25%
premium price on sugar free products.
Consumers think they are getting a healthier
product when, in fact, they are obviously

29

1

2    getting ones that will not really help the

3    obesity, the fight against obesity.  So,

4    they are being cruel.

5        So, obviously, we have our work cut out

6    for us.  We have already had one or two

7    meetings with FDA on the issue and we are

8    doing follow up letters.  This one for

9    another meeting, to say this is a real

10   issue, consumers are being misled.  And who

11   knows, it might lead to some kind of legal

12   confrontation at some point in time.  If

13   that's what takes if somebody - obviously

14   people are not dying because of this, not

15   yet.  And obviously when you tie it to the

16   obesity issue, obviously it becomes more

17   critical for the regulatory agencies in

18   Washington.

19       But to become more and more sensitive to

20   what is going on the scores level and also

21   its impact even on the register, the sugar

22   free, less sugar, reduced sugar on cereals,

23   we look at the caloric intake, that score

24   does not change.

25       A couple of articles, you may - you

can't read, from the headline, lower sugar

food from are diet traps.  This is actually

out of Consumer's Report.  That comes out in

February, I believe, or January.  This is

from Tufts University, Sugar Free

Shortcomings.  And actually they include a

chart of some of the foods that you look at

from a caloric standpoint, you know, the

sugar free versus the real sugar, there is

not much difference.  Maybe ten calories is

different.

     So, again, this is a battle in the

consumer marketplace that we obviously, you

know, when low carbs went up in 2000, about

12%, and now it has reduced down to less

than 4%. It went up in three years and then

crashed down to roughly here.  I feel like

in some ways this is the next low carb

trend.

     Food manufacturers are obviously wanting

to make money, charge a premium price for

all these least sugars that are in a

product. And, again, from the standpoint

they come out looking good from the

31

standpoint of fighting obesity, but they are
not.   They are fairly complacent.

One of the other labeling issues that we
have is obviously in the early 1990's when
the food label, National Education Labeling
Act was passed, the terminology that was
chosen to use in reference to sugar or
sugars, was sugars.  A one line item for
ketchup basically all four sweeteners and
obviously the marketplace has changed, as I
have shown you, we've got more sweeteners in
the marketplace, four sweeteners in the
marketplace, sugar alcohol and
[Unintelligible] and they are not being
reflected in the food label at this point.

So, we have our work cut out for us in
getting the term sugar, our product, which
has been named in sucrose and the other
sweeteners as separated out in some fashion
or format to be understood by the consumer.
So, we are working real hard to come up with
the right terminology and consumer friendly
terminology that will help educate consumers
on that fact.

1
2          This is a key graph of some of these

3   things, but from on obesity standpoint sugar

4   is not the problem.  Sugar is not the

5   problem.  Consumption of real sugar, white

6   sugar, over the last thirty years has

7   actually trended downward; it has gone down

8   40% on a per capita basis from less than 52

9   pounds per person per year to roughly 43

10  pounds per person per year.

11         So if obesity is going up and sugar

12  consumption is going down, how can sugar be

13  the problem as far as obesity?  Does it take

14  a rock scientist to determine that?  None of

15  them.  But we need to work hard at getting

16  this information out to the media and to

17  nutritionists, doctors, the people that are

18  targeting children as a way to fight

19  obesity.

20         Interestingly enough we may have more of

21  this sugar frees in the marketplace if they

22  had more low carb products than they have

23  more low fat products.  Obesity continues to

24  be a major concern.  It is not being dealt

25  with obviously in feedings.  Look at the

33

scientific basis of it and know that portion

control is right up there; exercise has to

be played in and further assessed.

Okay, here is my commercial. This is my

commercial. I told this in all the

attachments on the end. This is not the

last two slides, by the way. I am ready, I

will wake you up. This is the commercial.

Certain baby products, we actually have a

site that is developed to promote sugar baby

products and the three categories are

beverages, food and cosmetics, and

cosmetics.

This is an article that ran in one of

the Errand magazines promoting this. There

are two hundred regional bottlers in the

United States that still use real sugar for

their soft drinks and we want to promote and

we want you to know that you can buy their

product on line and have them delivered to

your doorstep. We don't have anything but

sugar based soft drinks in our refrigerator

at the Sugar Association. So, if you tell

me you want something else, too bad. And I

34

1

2  would like to think that your refrigerators

3  will reflect the same at some point.

4       But again, if it is to be, it is going

5  to be up to us.

6       Now, here is the website.  You can go to

7  our website, which is Sugar.Org and there is

8  a hyperlink to the E-Business section of

9  sugar based products.  You can click on

10  beverages and we've got about five or six

11  regional bottlers.

12  We want more.  If you have a regional

13  bottler in your marketplace and want us to

14  call them up and see if we can hyperlink and

15  promote their product, send me the name with

16  contact information.

17       There is foods, obviously, it is a no

18  brainer, but - and here is the interesting

19  one.  Cosmetics.  How many of you knew that

20  sugar was used in cosmetics.  Those that

21  haven't heard, okay. There is a few.

22  Interestingly enough, this does not account

23  against your allotment.  It doesn't count

24  against your allotment.  But you can sell

25  all the sugar you want for cosmetic purposes

35

and it won't be counted against you.  How
about that?  Isn't that great?  That's an
interesting item.

     Now, here is the other thing, all the
ladies, I need all the ladies to stand up,
all the ladies, every one of you, come on?
It is not that hard.  All the ladies,
everybody stand up.  Okay.  I thought this
was going to be hard.

     I have a sugar based product, which I
won't give away.  I am here.  This is, by
the way, a premium product here, I wish we
were paid - don't sit down.   I wish we got
as much a pound as the cosmetic package
does, $58.  $58.  But for you and all the
guys that are sitting down had haven't
gotten their wives or significant other a
Valentine's gift, you can go this website
and I have already talked to the producers,
the manufacturers of these cosmetic products
and there is about four or five that you can
buy, but it will only cost, the most product
only is around $21 plus shipping.  And they
have promised me if you order these by

36

Monday or Tuesday, they will be delivered to you before Thanksgiving, by the 13th.

February 13th, you will have your Sure Case cosmetics to impress, to really impress your loved one, right.  And you will gain some points, you really will.  Now, you are gaining some more points and stars if you take that sugar based body wash or body scrub and show your wife how it works.  You will gain on her.  You will gain stars.  So, by all means, let me encourage you guys - probably none of you probably - have any of you bought your wife anything for Valentine's yet?  One.

Now, I have already warned my sugar based cosmetic folks that they are going to have a rush on Monday and Tuesday, they are going to meet substantial demands.  So, please prove me right, okay.

Now, I have to figure out how to get this one product to all these ladies, and the only way I can do it, do any of you all have a birthday in February?  Any of you? One?  What is your birthday?

37

FEMALE VOICE: February 22nd.

MR. BRISCOE: February 22nd. You know,

because it is a Valentine's Day, so can you

come up and get your sugar based cosmetics.

FEMALE VOICE: Thank you, very much.

MR. BRISCORE: We will find somebody to

help you put that on.

Okay, here is an interesting thing and

real numbers are important. And the fact is

that for the last four years we have had an

increase, this has won a bright spot in

sugar delivery, we have had an increase in

sugar's sales and deliveries for beverages,

for beverages. Let's see, is Jim Weidmeyer

in the room somewhere? This is a critical

function.

If you do the equation, actually, we are

getting roughly 71,000 tons per year over

the last three years. Some people speculate

it is for a thousand years, we are only

getting into the Generation X wires that are

really looking for all natural products and

beverages. That's one thing that is driving

them.

38

We are looking for quality type
products.  I mean, when was the last time
you went into a Starbuck's and paid $3 for a
cup of coffee?  Nobody cares about the
price.  Yet if you order on line by the way
it is going to be more expensive because you
get a better product. The $1.55 a bottle
normally, plus shipping, so you are paying
$2.25 for a bottle of pop with real sugar,
but the quality of taste is obviously there.

Well rounded, can you see the numbers
there, 71,000 tons and if you add, expand
that out to dollar figures, it is $29
million.  $29 million per year increase.

Now, we only come in as an association
$30,000 a year promoting the sugar based
products.  If I gave you $30,000 and you
give me $29 million back, that's a pretty
good deal for me.  You'd do that, wouldn't
you?  Or you give me the $30,000.

So, it is real critical again that you
help us in this promotion with us.  Now, the
next two slides are our last two slides.  I
have to get in uniform for this. Bear with

39

1

2 me for a second.

3     All right, I am uniform.  How many of

4 you have played football?  How many?  Play

5 or like or, you know, we do have a special

6 team coming up and you have read it, right?

7 And so it is important for us to know that

8 obviously sugar can be a part of that, but

9 here is how we are going to parallel it.

10     Let's see, we are going to have the

11 Super Bowl of Sweeteners guys and this is

12 enforceable.  We need to realize again

13 competition is tough out there, right?

14 Right?  Have I proved that today?  It is

15 tough.  Yes, there is all the artificial

16 sweeteners out there wanting to part of our

17 marketplace and obviously we need to do a

18 better job.

19     So, what are going to win the Super Bowl

20 of Sweeteners?  Anybody got an idea?

21 Anybody got a special game plan or play?

22     MALE VOICE:  Put a lock in.

23     MR. BRISCOE: The lock ins.  We are lock

24 ins.  I like that.  That's important.  Even

25 Jim this morning said what the - the best

40

defense is what?

MALE VOICE: Beat them.

MR. BRISCOE: There is a good lock in.
Well, let's see what we can come up with.
All right, here we go.  We've got these
things going here, it is called a sugar
promotion program, we confronting Splenda,
we've got accuracy in labeling issues we are
backing.  We are promoting sugar based
products.  Our running back, back here, the
Sugar Association, we are going to get the
ball from the center and we are going to use
our half backs through member companies and
call up, they are going to help us out and
the individual growers are really important,
they are part of our grassroots.  We've got
science over here and up here in the end
zone for the ball, you've got proactive PR
media relations going for the ball.

The objective is to spend more time on
the offense than on the defense.  If you've
played football like I have, you don't want
to spend a whole lot of time on defense.
How do you score?  50 ways you can score

41

defensive wise, but the main way to score is

by being on offense.

    So, our goal is to be on the offense.

Use these techniques, right, deprogram to

again move forward and achieve the goal of

increased sugar consumption?  Can we do

that?

    MALE VOICES:  Yes.

    MR. BRISCOE:  Can we do that?

    MALE VOICE: Yes.

    MR. BRISCOE: All right, that is our

charge for the day.

    I really appreciate the time be here. I

will be open to any questions and do the

best I can to respond to it.  So, any

questions at this point?   You can even hit

me on the head if you want to?   Any

questions?  Have I been long here?

    [Unintelligible]

    MR. BRISCOE: Does the maiden wish the

[Unintelligible] Sugar Bowl football game?

Let me put that in? I am going to check on

it.  You know, you are not the first one to

ask that question.  I didn't give it to you,

but I appreciate it. And Eon Mirrer, our PR
director up here has been challenged to get
the answer to that and help me solve the
problem on how to do that. We haven't come
up with quite the answer yet because a
minute of advertising for the Sugar Bowl
runs $3 million. So, if you have a
checkbook, I will be glad to do that.

All right, that's a good question, but,
again, it is just a $3 million price tag and
I don't know if anybody in the room is ready
to write that check.

Any other questions on consumption?
Again, it is really important if you don't
leave room without us at least showing you
that we are really fighting a hard tough
battle. We didn't get to where we are
tonight, and we are not going to change it
overnight, but I believe that at least we're
moving in the right direction. We are
spending more time on offense than we are on
defense right now.

Any other questions?

MALE VOICE: Maybe we have a suggestion.

43

1

2          MR. BRISCOE: One suggestion, okay.

3          MALE VOICE:  [Unintelligible]

4          MR. BRISCOE: You know what?  If I was

5   undressed I would probably get more people.

6   But you know what, I will loan you my

7   helmet.  I've got to have the passion to

8   hang in there.

9          Thank you, very much.

10          [END OF TAPE.]

44

1

## C E R T I F I C A T E

2

3  The prior proceedings were transcribed from an

4  audio tape and have been transcribed to the

5  best of my ability."

6

7  Signature:_Anna Arundel_____

8  Date:____March 22, 2005_____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of July, 2005, the attached **DECLARATION OF**

**NANCY GAVIN** was served upon the below-named counsel of record at the address and in the

manner indicated:

Richard L. Horwitz, Esq.                                             <u>HAND DELIVERY</u>
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801

James P. Murphy, Esq.                                               <u>VIA FEDERAL EXPRESS</u>
Squire, Sanders & Dempsey LLP
1201 Pennsylvania Avenue, N.W.
Suite 500
Washington, DC  20004

Adam R. Fox, Esq.                                                   <u>VIA FEDERAL EXPRESS</u>
Squire, Sanders & Dempsey LLP
801 South Figueroa Street
Suite 1400
Los Angeles, CA  90017

Charles Tobin, Esq.                                                 <u>VIA FEDERAL EXPRESS</u>
Leo Rydzewski, Esq.
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC  20006

*/s/ John G. Day*
_____
John G. Day