# EXHIBIT 35



## Contact US

If you wish to learn more about the chlorinated artificial sweetener Splenda, or would like to join the *Truth About Splenda* email list or want to share your own experience with Splenda, please enter your name, email address and comments below. We would also like to hear your feedback on the *Truth About Splenda* website.

First Name:
Last Name:
Town:
State:
Email Address:
Comments:

☐ Add me to the email update list!
☐ By clicking this box, I give TruthAboutSplenda.com permission to reprint my comments on this website.

Submit

### GET INVOLVED



Do you feel the Splenda advertising slogan "Made from Sugar, so it tastes like Sugar" is misleading? **Click here** to get involved.

### SPLENDA IN THE NEWS



Read new and archived *Truth About Splenda* press releases and informative articles about Splenda and products containing this chlorinated artificial sweetener. Also find out about upcoming press conferences and online discussion groups. **Click here** to read more.

© 2004 The Truth About Splenda.                                                           Legal | Privacy Poli

# EXHIBIT 36



**OVERVIEW**

**SEND TO A FRIEND**

**SEND A LETTER TO THE FDA**

**SEND A LETTER TO THE FTC**

**JOIN OUR CAUSE**

**OPT-IN FOR UPDATES**

## Join Our CAUSE

Splenda's chemical make-up and the lack of long-term human health studies performed on the product should be cause for concern. Splenda's misleading advertising campaign may compare it with all-natural sugar, but the truth is that Splenda is a chlorinated artificial sweetener.

If you are personally concerned with Splenda's chemical composition and/or its misleading advertising, now you can do something about it.

If you would like to join the thousands of people who are working to tell others the truth about Splenda, please fill out the form below. We will add you to our database of advocates and contact you to assist in future efforts to expose Splenda as a chlorinated artificial sweetener that consumers deserve to know is in foods they eat.

First Name:
Last Name:
Town:
State:
Email Address:
Comments:

☑ Add me to the email update list!
☐ By clicking this box, I give TruthAboutSplenda.com permission to reprint my comments on this website.

Submit

© 2004 The Truth About Splenda.    Legal | Privacy Poli

# EXHIBIT 37



**OVERVIEW**

**SEND TO A FRIEND**

**SEND A LETTER TO THE FDA**

**SEND A LETTER TO THE FTC**

**JOIN OUR CAUSE**

**OPT-IN FOR UPDATES**

# Opt-In For UPDATES

If you would like to receive the latest, most up-to-date information about Splenda, including future research studies, testimonials by nutritionists and toxicologists who have studied sucralose's effects on the human body, and relevant articles questioning the safety or marketing practices of Splenda, please enter your name and email address below and click "submit".

First Name: [          ]
Last Name: [          ]
Email Address: [          ]

☑ Add me to the email update list!

[Submit]

© 2004 The Truth About Splenda.                                   Legal | Privacy Poli

# EXHIBIT 38

### DFioravanti

**From:** Truth About Splenda [info@truthaboutsplenda.com]
**Sent:** Monday, July 25, 2005 12:00 PM
**To:** DFioravanti
**Subject:** Splenda Ads Ruled Misleading!



**Splenda Ads by Johnson & Johnson Are Misleading, Says Advertising Standards Board**
*New Zealand Ad Authority Upholds Complaint Against J&J*

Washington, D.C. [July 25, 2005] - The New Zealand Advertising Standards Authority (ASA) has upheld a complaint against Johnso[n] misleading marketing practices in advertisements for the chlorinated artificial sweetener Splenda. "This complaint is on the basis th[at] being compared directly to sugar and misleading and confusing consumers into thinking it's as natural as sugar because it's 'made fr[om] tastes like sugar,'" according to the upheld complaint.

The Authority's Advertising Standards Complaints Board, made up of representatives from New Zealand's advertising and marketing reviewed 15 second and 30 second versions of an ad for the artificial sweetener along with focus group input. The Board determine[d] deceived consumers into thinking Splenda is all natural like sugar, when it is actually a chemical compound. "The [Splenda] advertis[ement] rise to a likelihood of a consumer being confused and mislead as a result of the comparison in the advertisement," the Board decide[d] the ASA, when the Board upholds a complaint, they ask the company not to run the ad again.

In reality, the product Splenda does not contain and is not sugar. The artificial sweetener ingredient (sucralose) in Splenda is manuf[actured] chemically. The sweetness of Splenda is due to the chlorocarbon chemical (sucralose) that contains three atoms of chlorine in ever[y] molecules. In fact, the name sucralose is misleading because it is not a sugar but a chlorinated chemical.

In the United States, Johnson & Johnson is currently involved in more than ten federal and consumer class action lawsuits alleging [misleading] marketing for the chlorinated artificial sweetener Splenda.

"This is an important ruling for consumers. As more and more sweeteners are used to formulate foods in the U.S., consumers need reading the ingredients part of the Food Label to verify if the product is made with all natural real sugar or some man-made, chemica[l] help consumers, advertising of these food products must be accurate and not misleading," says Andy Briscoe, President of the Suga[r Association].

The New Zealand Advertising Standards Authority was formed in 1973 and is a self-regulating body comprised of marketing and adv[ertising] agencies in New Zealand.

To learn more about the truth about Splenda, please contact Rich Masters at Qorvis Communications at 202-496-1000, email at **rmasters@qorvis.com** or visit the website **www.truthaboutsplenda.com**.

7/25/2005

© 2005 The Truth About Splenda.	Le
**Follow this link to unsubscribe from all future mailings associated with this list.**

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on the 29th day of July, 2005, the attached **DECLARATION OF JOHN G. DAY** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza -- Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| James P. Murphy, Esq.<br>Squire, Sanders & Dempsey LLP<br>1201 Pennsylvania Avenue, N.W.<br>Suite 500<br>Washington, DC 20004 | **VIA FEDERAL EXPRESS** |
| Adam R. Fox, Esq.<br>Squire, Sanders & Dempsey LLP<br>801 South Figueroa Street<br>Suite 1400<br>Los Angeles, CA 90017 | **VIA FEDERAL EXPRESS** |
| Charles Tobin, Esq.<br>Leo Rydzewski, Esq.<br>Holland & Knight LLP<br>2099 Pennsylvania Avenue, N.W.<br>Suite 100<br>Washington, DC 20006 | **VIA FEDERAL EXPRESS** |

/s/ John G. Day
_____
John G. Day