IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McNEIL NUTRITIONALS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-69 (GMS) |
| | ) |
| THE SUGAR ASSOCIATION, THE AMALGAMATED SUGAR COMPANY, AMERICAN CRYSTAL SUGAR COMPANY, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGAR REFINING, INC., ATLANTIC SUGAR ASSOCIATION, HAWAIIAN SUGAR & TRANSPORTATION COOPERATIVE, IMPERIAL SUGAR COMPANY, MICHIGAN SUGAR COMPANY, MINN-DAK FARMERS COOPERATIVE, OKEELANTA CORPORATION, OSCEOLA FARMS COMPANY, RIO GRANDE VALLEY SUGAR GROWERS, INC., SOUTHERN MINNESOTA BEET SUGAR COOPERATIVE, SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES SUGAR CORPORATION, WESTERN SUGAR COOPERATIVE, WYOMING SUGAR LLC, AMERICAN SUGARBEET GROWERS ASSOCIATION, and QORVIS COMMUNICATIONS, LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendants, and subject to the approval of the court, that the time within which Defendants must file a reply brief on their motion to dismiss is extended one week, up to and including August 12, 2005.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ John G. Day* <br>     Steven J. Balick (No.2114) <br>     John G. Day (No. 2403) <br>     222 Delaware Avenue <br>     17th Floor <br>     Wilmington, DE 19801 <br>     Telephone: (302) 654-1888 <br>     Facsimile: (302) 654-2067 <br>     sbalick@ashby-geddes.com <br>     jday@ashby-geddes.com | By: */s/ Richard L. Horwitz* <br>     Richard L. Horwitz (No. 2246) <br>     Sarah E. DiLuzio (No. 4085) <br>     Hercules Plaza – Sixth Floor <br>     1313 North Market Street <br>     Wilmington, DE 19801 <br>     Telephone: (302) 984-6000 <br>     Facsimile: (302) 658-1192 <br>     rhorwitz@potteranderson.com <br>     sdiluzio@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: August 2, 2005

IT IS SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

692871