

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

August 16, 2005

**By Electronic Filing & Hand Delivery**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, Delaware  19801

   Re: McNeil Nutritionals v. Sugar Association, et al.
      C. A. No.: 05-69 (GMS)

Dear Judge Sleet:

  I am writing pursuant to Local Rule 7.1.4 on behalf of the defendants in this matter to request oral argument on Defendants' Motion to Dismiss, for which briefing is now complete (D.I. 26, 46).

  Counsel are available at the Court's convenience if Your Honor has any questions.

            Respectfully,

            *Sarah E. DiLuzio*
            Sarah E. DiLuzio

cc: Steven J. Balick, Esquire (via e-file and hand delivery)

694906