REVIEWED
By Larisha Davis at 11:30 am, Jun 26, 2007

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00069-GMS
## Internal Use Only

| | |
|---|---|
| McNeil Nutritionals v. Sugar Association, et al | Date Filed: 02/08/2005 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 03/29/2006 |
| Demand: $0 | Jury Demand: None |
| Cause: 15:1051 Trademark Infringement | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**McNeil Nutritionals LLC**　　　　represented by　**John G. Day**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: jday@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Balick**
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
Email: sbalick@ashby-geddes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Sugar Association**　　　　represented by　**Charles D. Tobin**
Pro Hac Vice
Email: charles.tobin@hklaw.com
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth DiLuzio**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: sdiluzio@potteranderson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Amalgamated Sugar Company**　　　　represented by　**Charles D. Tobin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Elizabeth DiLuzio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **American Crystal Sugar Company** | represented by | **Charles D. Tobin** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **American Sugar Cane League** | represented by | **Charles D. Tobin** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **American Sugar Refining Inc.** | represented by | **Charles D. Tobin** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Atlantic Sugar Association** | represented by | **Charles D. Tobin** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Hawaiian Sugar & Transportation Cooperative** | represented by | **Charles D. Tobin** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Imperial Sugar Company** | represented by | **Charles D. Tobin** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Michigan Sugar Company** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Minn-Dak Farmers Cooperative** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Okeelanta Corporation** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Osceola Farms Company** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Rio Grande Valley Sugar Growers Inc.** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Southern Minnesota Beet Sugar Cooperative** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sugar Cane Growers Cooperative of Florida** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

|  |  |  |
|---|---|---|
|  |  | **Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **United States Sugar Corporation** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Western Sugar Cooperative** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Wyoming Sugar LLC** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **American Sugarbeet Growers Association** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Qorvis Communications LLC** | represented by | **Charles D. Tobin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah Elizabeth DiLuzio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2005 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 250.00 RECEIPT # 138045 (mwm) Modified on 6/10/2005 (mwm, ). (Entered: 02/09/2005) |
| 02/08/2005 |  | No summons issued (mwm) (Entered: 02/09/2005) |
| 02/14/2005 | 🔵 | Summons Issued as to Michigan Sugar Company on 2/10/2005; Minn-Dak Farmers |

| | | |
|---|---|---|
| | | Plaintiff?s First Set of Request for Admissions and First Set of Interrogatories; re 47 Notice of Service,,,,,,, by Michigan Sugar Company, Minn-Dak Farmers Cooperative, Okeelanta Corporation, Osceola Farms Company, Rio Grande Valley Sugar Growers Inc., Southern Minnesota Beet Sugar Cooperative, Sugar Cane Growers Cooperative of Florida, United States Sugar Corporation, Western Sugar Cooperative, Wyoming Sugar LLC, American Sugarbeet Growers Association, Qorvis Communications LLC, The Sugar Association, The Amalgamated Sugar Company, American Crystal Sugar Company, American Sugar Cane League, American Sugar Refining Inc., Atlantic Sugar Association, Hawaiian Sugar & Transportation Cooperative, Imperial Sugar Company. Related document: 47 Notice of Service,,,,,,, filed by McNeil Nutritionals LLC,. (DiLuzio, Sarah) (Entered: 07/08/2005) |
| 07/29/2005 | 49 | SEALED ANSWERING BRIEF in Opposition re 26 MOTION to Dismiss Based upon Defendants' Motion To Dismiss filed by McNeil Nutritionals LLC.Reply Brief due date per Local Rules is 8/5/2005. (Day, John) (Entered: 07/29/2005) |
| 07/29/2005 | 50 | SEALED DECLARATION re 49 Answering Brief in Opposition *to Defendants' Motion to Dismiss (Declaration of Steven A. Zalesin)* by McNeil Nutritionals LLC. (Day, John) (Entered: 07/29/2005) |
| 07/29/2005 | 51 | DECLARATION re 49 Answering Brief in Opposition *to Defendants' Motion to Dismiss (Declaration of Nancy Gavin)* by McNeil Nutritionals LLC. (Day, John) (Entered: 07/29/2005) |
| 07/29/2005 | 52 | DECLARATION re 49 Answering Brief in Opposition *to Defendants' Motion to Dismiss (Declaration of John G. Day)* by McNeil Nutritionals LLC. (Attachments: # 1 Exhibits 35 through 38)(Day, John) (Entered: 07/29/2005) |
| 08/02/2005 | 53 | STIPULATION TO EXTEND TIME to file Reply Brief on their motion to dismiss to August 12, 2005 - filed by Michigan Sugar Company, Minn-Dak Farmers Cooperative, Okeelanta Corporation, Osceola Farms Company, Rio Grande Valley Sugar Growers Inc., Southern Minnesota Beet Sugar Cooperative, Sugar Cane Growers Cooperative of Florida, United States Sugar Corporation, Western Sugar Cooperative, Wyoming Sugar LLC, American Sugarbeet Growers Association, The Sugar Association, The Amalgamated Sugar Company, American Crystal Sugar Company, American Sugar Cane League, American Sugar Refining Inc., Atlantic Sugar Association, Hawaiian Sugar & Transportation Cooperative, Imperial Sugar Company. (DiLuzio, Sarah) (Entered: 08/02/2005) |
| 08/05/2005 | | [PAPERLESS] ORDER denying 53 STIPULATION TO EXTEND TIME to file Reply Brief on their motion to dismiss to August 12, 2005 filed by The Sugar Association, The Amalgamated Sugar Company, American Crystal Sugar Company, American Sugar Cane League, American Sugar Refining Inc., Atlantic Sugar Association, Hawaiian Sugar & Transportation Cooperative, Imperial Sugar Company, Michigan Sugar Company, Minn-Dak Farmers Cooperative, Okeelanta Corporation, Osceola Farms Company, Rio Grande Valley Sugar Growers Inc., Southern Minnesota Beet Sugar Cooperative, Sugar Cane Growers Cooperative of Florida, United States Sugar Corporation, Western Sugar Cooperative, Wyoming Sugar LLC, American Sugarbeet Growers Association pending receipt of an explanation for the request. Signed by Judge Gregory M. Sleet on 8/5/05. (asw ) (Entered: 08/05/2005) |
| 08/05/2005 | 54 | Letter to Hon. Gregory M. Sleet from Sarah E. DiLuzio regarding Defendant's Request for Extension of Time to file Reply Brief re Order,,,, 53 STIPULATION TO EXTEND TIME to file Reply Brief on their motion to dismiss to August 12, 2005. (DiLuzio, Sarah) (Entered: 08/05/2005) |
| 08/05/2005 | 55 | REDACTED VERSION of 49 Answering Brief in Opposition *to Defendants' Motion to Dismiss* by McNeil Nutritionals LLC. (Day, John) (Entered: 08/05/2005) |
| 08/05/2005 | 56 | REDACTED VERSION of 50 Declaration *of Steven Zalesin* by McNeil Nutritionals LLC. (Attachments: # 1 Exhibit Exhibits 3 through 8# 2 Exhibit Exhibits 9 through 11# 3 Exhibit Exhibits 12 and 13# 4 Exhibit Exhibits 14 through 25# 5 Exhibit Exhibits 26 |