OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 7, 2007

**John G. Day**, ESQ.
Ashby & Geddes
Email: jday@ashby-geddes.com

RE: McNeil Nutritionals v. Sugar Association, et al.
  Civ. No. 05-cv-00069 -GMS

Dear Counsel:

Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 49, 50.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *[signature]*

I hereby acknowledge receipt of the above mentioned documents on 9/7/07     .

*[signature]*
Signature